# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

FEDEX SUPPLY CHAIN LOGISTICS & ELECTRONICS, INC.
Plaintiff

v.

James E. Goodman, Jr., John Goodman, et al.
Defendant

3:23-cv-02397
Civil Action No.

### CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT

(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

FedEx Supply Chain Logistics & Electronics, Inc., ("Plaintiff" or "FSCLE")

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*Please separate names with a comma. Only text visible within box will print.*

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, FSCLE provides notice to the Court that FedEx Corporation, a publicly traded company, owns more than 10% of FSCLE. FSCLE's direct parent corporation is FedEx Supply Chain Technology Corporation.

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*Please separate names with a comma. Only text visible within box will print.*

FedEx Supply Chain Technology Corporation's parent corporation is FedEx Supply Chain Holdings, Inc.
FedEx Supply Chain Holdings, Inc.'s parent corporation is FedEx Supply Chain Distribution System, Inc.
FedEx Supply Chain Distribution System, Inc.'s parent corporation is FedEx Logistics, Inc.
FedEx Logistics, Inc.'s parent corporation is FedEx Corporation.

| | |
|---|---|
| Date: | October 27, 2023 |
| Signature: | s/ S. Keenan Carter |
| Print Name: | S. Keenan Carter |
| Bar Number: | 24006966 |
| Address: | 6075 Poplar Ave, Suite 500 |
| City, State, Zip: | Memphis, TN 38119 |
| Telephone: | 901-680-7200 |
| Fax: | 901-680-7201 |
| E-Mail: | keenan.carter@butlersnow.com |

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil => Other Documents => Certificate of Interested Persons/Disclosure Statement.