UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF TEXAS DALLAS DIVISION

| | | |
|---|---|---|
| **FedEx Supply Chain Logistics & Electronics Inc** | § § § | |
| Plaintiff, | § | |
| VS. | § | CAUSE NO. 3:23-cv-02397-S |
| | § | |
| **Goodman, et al.** | § | |
| Defendant. | § | |

### AFFIDAVIT OF SERVICE

"The following came to hand on **Nov 10, 2023, 12:00 pm**,

**Summons, Complaint**

and was executed at **9204 Eddy Cove, Austin, TX 78735** within the county of **Travis** at **02:47 PM** on **Wed, Nov 22 2023**, by delivering a true copy to the within named

**JAMES "JIM" NICHOLAS FRINZI, JR.**
**Address confirmed and documents accepted by subjects grandson who appeared to be over 18 and confirmed he resided there.**

in person, having first endorsed the date of delivery on same.

I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Texas. I am familiar with the Texas Rules of Civil Procedure as they apply to service of Process. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I have personal knowledge of the facts stated herein and they are true and correct."

My name is **Corin Johnson**, my date of birth is **2/5/1983**, and my address is **500 E. 4th St. #143, Austin, TX 78701** , and **United States of America**. I declare under penalty of perjury that the foregoing is true and correct.

Executed in **Travis** County, State of **TX**, on **November 26, 2023**.

_____
Corin Johnson
Certification Number: PSC-5625
Certification Expiration: 9/30/2024