AO 440 (Rev. 12/09) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | |
|---|---|
| FedEx Supply Chain Logistics & Electronics Inc<br>*Plaintiff*<br>v.<br>Goodman et al<br>*Defendant* | )<br>)<br>)<br>)  Civil Action No. 3:23-cv-02397-S<br>)<br>)<br>) |

### Summons in a Civil Action

**TO:** American Metals Recovery and Recycling Inc

*also known as* MBG Holdings Inc

A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

  S. Carter
  6075 Poplar Avenue
  Suite 500
  Memphis , TN 38119

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

DATE: 10/30/2023

*Signature of Clerk or Deputy Clerk*

Case 3:23-cv-02397-S   Document 30   Filed 10/30/23   Page 10 of 52   PageID 244
Case 3:23-cv-02397-S   Document 40   Filed 11/27/23   Page 2 of 2   PageID 306

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 3:23-cv-02397-S

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* NOVEMBER 7, 2023

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* CORPORATION SERVICE COMPANY, who is designated
by law to accept service of process on behalf of *(name of organization)* AMERICAN METALS RECOVERY
AND RECYCLING, INC. on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ other *(specify)* _____
_____

My fees are $ 0 for travel and $ 0 for services, for a total of $ 0

I declare under penalty of perjury that this information is true.

Date: NOVEMBER 8, 2023

_Body A. Witt_
Server's signature

RODNEY A. WATKINS - FIRM SUPPORT SPECIALIST
Printed name and title

1400 LAVACA ST. - STE. 1000 - AUSTIN, TX 78701
Server's address

Additional information regarding attempted service, etc: