AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | |
|---|---|
| FedEx Supply Chain Logistics & Electronics Inc | ) ) ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 3:23-cv-02397-S |
| | ) ) |
| Goodman et al | ) |
| *Defendant* | ) |

## Summons in a Civil Action

TO: Evalina Pinkhasova

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

S. Carter
6075 Poplar Avenue
Suite 500
Memphis, TN 38119

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

DATE: 10/30/2023

Case 3:23-cv-02397-S   Document 30   Filed 10/30/23   Page 48 of 52   PageID 282

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 3:23-cv-02397-S

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Evalina Pinkhasova
was received by me on *(date)* 11/08/2023.

☑ I personally served the summons on the individual at *(place)* 43 W. Canadian Woods Rd., Marlboro, NJ 67746
on *(date)* 11/10/2023 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
on *(date)* _____ , a person of suitable age and discretion who resides there,
_____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated
by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ other *(specify)* _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: 11/13/2023

Server's signature

Julia Thompson, Process Server
Printed name and title

PO Box 25066
Newark, NJ 07102
800-637-1805

Server's address

Additional information regarding attempted service, etc:
Service on: Evalina Pinkhasova
(female, white, 35-45 y/o, 5'3"-5'5", 120-150 lbs, red hair)
43 W. Canadian Woods Road, Marlboro, NJ 67746
11/10/2023 at 10:36 AM

Documents served: Summons in a Civil Action, Complaint, Exhibit(s)