AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | |
|---|---|
| FedEx Supply Chain Logistics & Electronics Inc <br> *Plaintiff* <br> v. <br> Goodman et al <br> *Defendant* | ) ) ) ) ) ) ) )   Civil Action No. 3:23-cv-02397-S |

## Summons in a Civil Action

**TO:** HSB Holdings LLC

*formerly known as* Multiband Global Resources LLC

A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

S. Carter
6075 Poplar Avenue
Suite 500
Memphis , TN 38119

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

DATE: 10/30/2023

*Signature of Clerk or Deputy Clerk*

Civil Action No. 3:23-CV-02397-S

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)* HSB HOLDINGS LLC
was received by me on *(date)* 11/07/2023

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ , or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* JENNIFER FRANZ (MANAGING AGENT) , who is designated by law to accept service of process on behalf of *(name of organization)* HSB HOLDINGS LLC
C/O AGENTS & CORPORATIONS, INC., 1201 ORANGE ST., SUITE 600, WILMINGTON, DE 19801     on *(date)* 11/07/2023 AT 2:35 PM

☐ I returned the summons unexecuted because _____ , or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: 11/07/2023

*Server's signature*

GILBERT DEL VALLE    PROCESS SERVER
*Printed name and title*

BRANDYWINE PROCESS SERVERS, LTD., PO BOX 1360, WILMINGTON, DE 19899
*Server's address*

Additional information regarding attempted service, etc:

SERVED SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER SHEET; EXHIBITS A-B