AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | | |
|---|---|---|
| FedEx Supply Chain Logistics & Electronics Inc <br> *Plaintiff* | ) ) ) ) ) ) ) | Civil Action No. 3:23-cv-02397-S |
| v. | | |
| Goodman et al <br> *Defendant* | | |

## Summons in a Civil Action

**TO:** Prosperity Bancshares Inc

*doing business as* Prosperity Bank

A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

S. Carter
6075 Poplar Avenue
Suite 500
Memphis , TN 38119

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*

DATE: 10/30/2023

Civil Action No. **3:23-CV-02397-S**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **Prosperity Bancshares, Inc. d/b/a Prosperity Bank**
was recieved by me on **11/10/2023:**

☐  I personally served the summons on the individual at *(place)* on *(date)* ; or

☐  I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒  I served the summons on **Charlotte M. Rasche,**, who is designated by law to accept service of process on behalf of **Prosperity Bancshares, Inc. d/b/a Prosperity Bank** at **80 Sugar Creek Center Boulevard, Sugar Land, TX 77478** on **11/10/2023 at 3:57 PM**; or

☐  I returned the summons unexecuted because ; or

☐  Other *(specify)*

My fees are $ 0 for travel and **$ 105.00** for services, for a total of **$ 105.00**.

I declare under penalty of perjury that this information is true.

Date:  11/10/2023

_____
*Server's signature*

**Atinuke Ilori**
*Printed name and title*

**8633 BEECHCREST ST
Houston, TX 77083**

_____
*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents to Charlotte M. Rasche,, REGISTERED AGENT with identity confirmed by subject saying yes when named. The individual accepted service with direct delivery. The individual appeared to be a black-haired black female contact 35-45 years of age, 5'4"-5'6" tall and weighing 160-180 lbs with an accent.**



Tracking #: **0117923555**

