# IN THE UNITED STATES DISTRICT COURT
# FOR THE NOTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| FEDEX SUPPLY CHAIN LOGISTICS & ELECTRONICS, INC., § § § *Plaintiff*, § § vs. § § JAMES E. GOODMAN, JR., JOHN § GOODMAN, JONATHAN GOODMAN, § JAKE GOODMAN, JOSEPH "JODY" § GOODMAN, JAMES FRINZI, SHALOM § AUERBACH, NEIL AUERBACH, § STEVEN ZAKHARYAYEV, EVALINA § PINKHASOVA, GENESIS NETWORKS § TELECOM SERVICES, LLC, GNET § ATC, LLC, GREATER TECH § HOLDINGS, INC. f/k/a GOODMAN § TELECOM HOLDINGS, LLC, § GOODMAN INVESTMENT § HOLDINGS, LLC, UNIFIED FIELD § SERVICES, INC., AMERICAN METALS § RECOVERY AND RECYCLING, INC. § a/k/a MBG HOLDINGS, INC., § MULTIBAND FIELD SERVICES, INC., § HSB HOLDINGS, LLC f/k/a § MULTIBAND GLOBAL RESOURCES, § LLC, AMR RESOURCES, LLC, § HUDSON CLEAN ENERGY § ENTERPRISES, LLC, 18920 NW 11th, § LLC, PROSPERITY BANCSHARES, § INC., THE FRINZI FAMILY TRUST, § ALLIANCE TEXAS HOLDINGS, LLC, § AUERBACH PARTNERS, LP, and § ONEPATH SYSTEMS, LLC, § § *Defendants.* | Civil Action No. 3:23-cv-02397 |

**ORDER**

Currently pending before the Court is 18920 NW 11th, LLC, Steven Zakharyayev, and Evalina Pinkhasova's ("the Subject Defendants") Unopposed Motion to Extend Responsive Pleading Deadline. Having considered the motion, the applicable law, the arguments of counsel, if any, and all other supporting and opposing papers, the Court is of the opinion that the motion should be GRANTED.

Accordingly, it is ORDERED that the Subject Defendants responsive pleading shall be 21 days after the Bankruptcy Court enters a final order adjudicating the Preliminary Injunction Motion.

SO ORDERED.

DATE _____.

_____
Hon. Karen Gren Scholer
United States District Judge