# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

|  |  |
|---|---|
| FEDEX SUPPLY CHAIN LOGISTICS & ELECTRONICS, INC., <br><br>  Plaintiff, <br><br> v. <br><br> JAMES E. GOODMAN, JR., JOHN GOODMAN, JONATHAN GOODMAN, JAKE GOODMAN, JOSEPH "JODY" GOODMAN, JAMES FRINZI, SHALOM AUERBACH, NEIL AUERBACH, STEVEN ZAKHARYAYEV, EVALINA PINKHASOVA, GENESIS NETWORKS TELECOM SERVICES, LLC, GNET ATC, LLC, GREATER TECH HOLDINGS, INC. f/k/a GOODMAN INVESTMENT HOLDINGS, LLC, UNIFIED FIELD SERVICES, INC., AMERICAN METALS RECOVERY AND RECYCLING, INC., a/k/a MBG HOLDINGS, INC., MULTIBAND FIELD SERVICES, INC., HSB HOLDINGS, LLC, f/k/a MULTIBAND GLOBAL RESOURCES, LLC, AMR RESOURCES, LLC, HUDSON CLEAN ENERGY ENTERPRISES, LLC, 18920 NW 11th, LLC, PROSPERITY BANCSHARES, INC., THE FRINZI FAMILY TRUST, ALLIANCE TEXAS HOLDINGS, LLC, AUERBACH PARTNERS, LP, and ONEPATH SYSTEMS, LLC, <br><br>  Defendants. | Civil Action No. 3:23-cv-02397 |

## STIPULATION EXTENDING PROSPERITY BANK'S ANSWER DEADLINE

Plaintiff FedEx Supply Chain Logistics & Electronics, Inc. and Prosperity Bancshares, Inc. ("Prosperity") hereby stipulate and agree that Prosperity's deadline to file a responsive pleading to the Complaint [Docket No. 1] is extended to the later of (a) January 16, 2024, or (b) 21 days

after the entry of an order disposing of Adversary Proceeding No. 23-03091; *Scott M. Seidel, Trustee, v. FedEx Supply Chain Logistics & Electronics, Inc.*; in the United States Bankruptcy Court for the Northern District of Texas (the "Adversary Proceeding") or otherwise making a final ruling on, or the withdrawal of, Count 7 of the Complaint in the Adversary Proceeding [Docket No. 1, Adv. Pro. No. 23-03091].  All time periods covered in this stipulation are governed by Bankruptcy Rule 9006.

**STIPULATED AND AGREED TO ON DECEMBER 1, 2023 BY:**

**BUTLER SNOW LLP**

/s/  *Daniel W. Van Horn*
Daniel W. Van Horn (admitted *pro hac vice*)
S. Keenan Carter (TX Bar No. 24006966)
Adam M. Langley (admitted *pro hac vice*)
R. Campbell Hillyer (admitted *pro hac vice*)
Katherine Kuchenbecker (admitted *pro hac vice*)
6075 Poplar Avenue, Suite 500
Memphis, TN 38119
Telephone: (901) 680-7316
Danny.VanHorn@butlersnow.com
Keenan.Carter@butlersnow.com
Cam.Hillyer@butlersnow.com
Adam.Langley@butlersnow.com
Katherine.Kuchebecker@butlersnow.com

Cedrick E. Evans (TX Bar No. 00793707)
1400 Lawrence Street, Ste. 1400
Austin, TX 78701
(737) 802-1800
(737) 802-1801 (fax)
Cedric.Evans@butlersnow.com

Bryony Harris (TX Bar No. 24116488)
2911 Turtle Creek Blvd., Suite 1400
Dallas, Texas 75219
(469) 680-5500
(469) 680-5501 (fax)
Bryony.Harris@butlersnow.com

*Counsel for FedEx Supply Chain Logistics & Electronics, Inc.*


- and -


*/s/ Victoria Argeroplos*
**JACKSON WALKER LLP**
Bruce J. Ruzinsky
Texas Bar No. 17469425
Victoria Argeroplos
Texas Bar No. 24105799
1401 McKinney, Suite 1900
Houston, Texas 77010
Telephone:     713-752-4334
Facsimile:     713-308-4314
Email:  bruzinsky@jw.com
            vargeroplos@jw.com

*Counsel for Prosperity Bancshares, Inc.*