IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| FEDEX SUPPLY CHAIN LOGISTICS & ELECTRONICS, INC., *Plaintiff,* v. JAMES E. GOODMAN, JR., *et al.*, *Defendants*. | § § § § § § § § § § § | Civil Action No. 3:23-cv-02397-S |

**UNOPPOSED MOTION TO EXTEND RESPONSIVE PLEADING DEADLINE
FOR CERTAIN SPECIFIED DEFENDANTS**

Defendants Alliance Texas Holdings, LLC, Hudson Clean Energy Enterprises, LLC, Auerbach Partners, L.P., Neil Auerbach, and Shalom Auerbach (collectively, the "**Specified Defendants**") hereby file this *Unopposed Motion to Extend Responsive Pleading Deadline* (this "**Motion**") and respectfully show as follows:

On September 6, 2022, an involuntary chapter 7 bankruptcy petition was filed against Goodman Networks, Inc. (the "**Debtor**") in the United States Bankruptcy Court for the Northern District of Texas, Dallas Division (Case No. 22-31641-mvl7) (the "**Bankruptcy Court**"; such case, the "**Chapter 7 Case**"). On December 12, 2022, the Bankruptcy Court entered an order granting chapter 7 relief with respect to the Debtor (and thereby permitting and directing the case to proceed under chapter 7 of the Bankruptcy Code). [BK Dkt. No. 132.] Thereafter, the Bankruptcy Court appointed Scott M. Seidel as chapter 7 trustee (the "**Chapter 7 Trustee**") for the Debtor. [BK Dkt. No. 192.] The Chapter 7 Case remains pending in the Bankruptcy Court.

On October 27, 2023, Plaintiff FedEx Supply Chain Logistics & Electronics, Inc. ("**Plaintiff**") filed its *Complaint* in this Court [Dkt. No. 1]. Many of the parties in this action, including Plaintiff, are parties in interest in the Chapter 7 Case.

On November 15, 2023, the Chapter 7 Trustee commenced an adversary proceeding (Adv. Proc. No. 23-03091-mvl) against Plaintiff (the "**Adversary Proceeding**"). On November 21, 2023, the Chapter 7 Trustee filed the *Trustee's Motion for Preliminary Injunction* in the Adversary Proceeding [Adv. Proc. Dkt. No. 4] (the "**PI Motion**"), seeking an order enjoining Plaintiff from proceeding with this case against the Specified Defendants and other defendants. The PI Motion remains pending before the Bankruptcy Court.

Because the outcome of the PI Motion may impact the ability of the above-captioned action to proceed, the Specified Defendants respectfully request an extension of the deadline for them to file an answer, motion, or other document in response to the *Complaint* to a date twenty-one (21) days after the Bankruptcy Court enters a final order adjudicating the PI Motion. Plaintiff does not oppose this request for relief.

WHEREFORE, PREMISES CONSIDERED, the Specified Defendants request that this Court enter an order extending the deadline for them to file an answer, motion, or other document in response to the Complaint to a date that is twenty-one (21) days after the Bankruptcy Court enters a final order adjudicating the PI Motion.

[*Remainder of page left intentionally blank*]

| | |
|---|---|
| Dated: December 12, 2023 | Respectfully submitted,<br> */s/* Russell Lewis<br>**BAKER BOTTS L.L.P.**<br>Russell Lewis<br>Texas Bar No. 24036968<br>russell.lewis@bakerbotts.com<br>910 Louisiana St.<br>Houston, Texas 77002<br>Telephone: 713-229-1767<br>Facsimile: 713-229-2867<br><br>-and-<br><br>BAKER BOTTS L.L.P.<br>Shelby V. Saxon<br>Texas Bar No. 24126439<br>shelby.saxon@bakerbotts.com<br>2001 Ross Avenue, Suite 900<br>Dallas, Texas 75201-2980<br>Telephone: (214) 953-6500<br>Facsimile: (214) 953-6503<br><br>***Counsel for Alliance Texas Holdings, LLC, Hudson Clean Energy Enterprises, LLC, Auerbach Partners, L.P., Neil Auerbach, and Shalom Auerbach*** |

## CERTIFICATE OF SERVICE

I hereby certify that on December 12, 2023, a true and correct copy of the foregoing was served by the Court's Electronic Case Filing System on all counsel of record.

*/s/* Russell Lewis
Russell Lewis

## CERTIFICATE OF CONFERENCE

I hereby certify that on December 12, 2023, I conferred with counsel for Plaintiff, and they indicated that they were not opposed to the relief requested in this Motion.

*/s/* Russell Lewis
Russell Lewis