IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| FEDEX SUPPLY CHAIN LOGISTICS & ELECTRONICS, INC., | § § § § | |
| *Plaintiff,* | § | Civil Action No. 3:23-cv-02397-S |
| v. | § § | |
| JAMES E. GOODMAN, JR., *et al.*, | § § § | |
| *Defendants*. | § | |

**UNOPPOSED MOTION TO EXTEND RESPONSIVE PLEADING DEADLINE
FOR CERTAIN SPECIFIED DEFENDANTS**

Pending before the Court is Defendants Alliance Texas Holdings, LLC, Hudson Clean Energy Enterprises, LLC, Auerbach Partners, L.P., Neil Auerbach, and Shalom Auerbach's (collectively, the "**Specified Defendants**") Unopposed Motion to Extend Responsive Pleading Deadline. Having considered the motion, the applicable law, the arguments of counsel, if any, and all other supporting and opposing papers, the Court is of the opinion that the motion should be GRANTED.

Accordingly, it is ORDERED that the Specified Defendants' responsive pleading deadline shall be twenty-one (21) days after the Bankruptcy Court enters a final order adjudicating the Preliminary Injunction Motion.

SO ORDERED.
DATE _____.

_____
Hon. Karen Gren Scholer
United States District Judge