# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| FEDEX SUPPLY CHAIN LOGISTICS & ELECTRONICS, INC., <br> *Plaintiff*, <br><br> v. <br><br> JAMES E. GOODMAN, JR., JOHN GOODMAN, JONATHAN GOODMAN, JAKE GOODMAN, JOSEPH "JODY" GOODMAN, JAMES FRINZI, SHALOM AUERBACH, NEIL AUERBACH, STEVEN ZAKHARYAYEV, EVALINA PINKHASOVA, GENESIS NETWORKS TELECOM SERVICES, LLC, GNET ATC, LLC, GREATER TECH HOLDINGS, INC. f/k/a GOODMAN TELECOM HOLDINGS, LLC, GOODMAN INVESTMENT HOLDINGS, LLC, UNIFIED FIELD SERVICES, INC., AMERICAN METALS RECOVERY AND RECYCLING, INC. a/k/a MBG HOLDINGS, INC., MULTIBAND FIELD SERVICES, INC., HSB HOLDINGS, LLC f/k/a MULTIBAND GLOBAL RESOURCES, LLC, AMR RESOURCES, LLC, HUDSON CLEAN ENERGY ENTERPRISES, LLC, 18920 NW 11th, LLC, PROSPERITY BANCSHARES, INC., THE FRINZI FAMILY TRUST, ALLIANCE TEXAS HOLDINGS, LLC, AUERBACH PARTNERS, LP, and ONEPATH SYSTEMS, LLC, <br><br> *Defendants*. | Civil Action No. 3:23-cv-02397 |

## ORDER

Currently pending before the Court is James Frinzi, The Frinzi Family Trust and HSB Holdings, LLC f/k/a Multiband Global Resources, LLC's (together, the "Frinzi Defendants")

Unopposed Motion to Extend Responsive Pleading Deadline. Having considered the motion, the applicable law, the arguments of counsel, if any, and all other supporting and opposing papers, the Court is of the opinion that the motion should be GRANTED.

Accordingly, it is ORDERED that the Frinzi Defendants responsive pleading shall be 21 days after the Bankruptcy Court enters a final order adjudicating the Preliminary Injunction Motion.

SO ORDERED.

DATE _____

_____
Honorable Karen Gren Scholer
United States District Judge