# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| FEDEX SUPPLY CHAIN LOGISTICS & ELECTRONICS, INC. | § § § | |
| v. | § § § § | CIVIL ACTION NO. 3:23-CV-2397-S |
| JAMES E. GOODMAN, JR., et al. | | |

## ORDER

The Court's records reflect that Plaintiff filed its Complaint on October 27, 2023, but service of summons and complaint has not yet been made on Defendants John Goodman and Jonathan Goodman as there are no returns of service in the record.

If such service is not accomplished by **March 15, 2024**, the claims against Defendants John Goodman and Jonathan Goodman will be subject to dismissal without prejudice and without further notice, absent good cause shown. *See* FED. R. CIV. P. 4(c)(1), 4(m); N.D. TEX. CIV. R. 4.1.

**SO ORDERED.**

SIGNED February 15, 2024.

_____
**KAREN GREN SCHOLER**
**UNITED STATES DISTRICT JUDGE**