# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| FEDEX SUPPLY CHAIN LOGISTICS & ELECTRONICS, INC. | § § § | |
| v. | § § | CIVIL ACTION NO. 3:23-CV-2397-S |
| JAMES E. GOODMAN, JR., et al. | § § | |

## ORDER

The Court has received multiple requests to extend Defendants' responsive pleading deadline until after the United States Bankruptcy Court for the Northern District of Texas enters an order resolving a preliminary injunction motion filed in "[a] related proceeding between . . . the trustee of Goodman Networks, Inc., on the one hand, and the Plaintiff, on the other hand" ("Preliminary Injunction Motion"). *See, e.g.*, ECF No. 37. The Court has granted these motions to extend.

Because a related proceeding is pending that has some bearing on this case, this case is **STAYED and ADMINISTRATIVELY CLOSED** pending resolution of the Preliminary Injunction Motion, without prejudice to it being reopened upon a motion by any party or to enter a judgment. The Court **ORDERS** that within two weeks after such resolution, the parties shall file a notice advising the Court that a ruling has issued and stating the parties' positions on whether this case should remain stayed.

**SO ORDERED.**

SIGNED March 20, 2024.

**KAREN GREN SCHOLER**
**UNITED STATES DISTRICT JUDGE**