**JORDAN, LYNCH JL& CANCIENNE PLLC**

1980 POST OAK BLVD, SUITE 2300
HOUSTON, TEXAS 77056
(713) 955-4020
WWW.JLCFIRM.COM

MICHAEL CANCIENNE
DIRECT DIAL : (713) 955-4025
EMAIL : mcancienne@jlcfirm.com

April 1, 2024

*Via CM/ECF*

The Honorable Karen Gren Scholer
District Judge, United States District Court
for the Northern District of Texas
1100 Commerce Street, Room 1654
Dallas, Texas 75242

  Re: FedEx Supply Chain Logistics & Electronics Inc. v. Goodman *et al.*, Cause No. 3:23-cv-02397-S; Response to FedEx Motion to Reopen

Dear Judge Scholer:

  On March 22, 2024, the Court requested all Defendants in this case file a response to Plaintiff's Motion to Reopen and include Defendants' position on whether the stay should be lifted and a proposed answer deadline. (ECF. No. 83.) Defendants 18920 NW 11th, LLC; Steven Zakharyayev; Evelina Pinkhasova; Hudson Clean Energy Enterprises, LLC; Alliance Texas Holdings, LLC; Neil Z. Auerbach; Shalom Auerbach; and Auerbach Partners, L.P. (collectively the "18920 and Auerbach Defendants") have not yet appeared but file this letter response in an effort to comply with the Court's Order. *See Cactus Pipe & Supply Co. v. M/V Monmartre*, 756 F.2d 1103, 1108 (5th Cir. 1985) (defining an appearance as a "defendant's seeking, taking or agreeing to some step or proceeding in the cause beneficial to himself or detrimental to plaintiff . . . .").

  On February 20, 2024, the Trustee voluntarily dismissed (without prejudice) the lawsuit that caused this Court to stay these proceedings. *Seidel v. FedEx Supply Chain Logistics & Electronics, Inc.* (*In re Goodman Networks, Inc.*), Adv. No. 23-03091 at ECF No. 24. As a result, the request for a Preliminary Injunction as part of the *Seidel v. FedEx* Adversary Proceeding provides no further basis for extending the stay in these proceedings.

  As to the timing for a responsive pleading, FedEx has indicated it intends to file a Second Amended Complaint. To the extent FedEx still intends to file a Second Amended Complaint, FedEx has already agreed to give the 18920 and Auerbach Defendants twenty-eight days after the filing of its Second Amended Complaint to file any responsive pleading or answer.

  Thank you for your attention to this matter. Should you have any questions, do not hesitate to contact me at (713) 955-4025 or mcancienne@jlcfirm.com.

JL&C

The Honorable Karen Gren Scholer        - 2 -                        April 1, 2024

Sincerely,

*[signature]*

Michael Cancienne

MC:lb