# United States District Court
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| FEDEX SUPPLY CHAIN LOGISTICS & ELECTRONICS, INC. | § § § | |
| v. | § § | CIVIL ACTION NO. 3:23-CV-2397-S |
| JAMES E. GOODMAN, JR., et al. | § § | |

## ORDER

Before the Court is Plaintiff FedEx Supply Chain Logistics & Electronics, Inc.'s Motion to Reopen the Case and Lift the Stay ("Motion") [ECF No. 82]. Defendants 18920 NW 11th, LLC, Steven Zakharyayev, Evelina Pinkhasova, Hudson Clean Energy Enterprises, LLC, Alliance Texas Holdings, LLC, Neil Z. Auerbach, Shalom Auerbach, Auerbach Partners, L.P., James E. Goodman, Jr., Jake Goodman, and Goodman Investment Holdings, LLC, filed responses indicating that they do not oppose reopening the case. *See* ECF No. 86, 87. The Motion is **GRANTED**. The Clerk is directed to **REOPEN** this case.

In the Motion, Plaintiff indicates that it intends to file a second amended complaint. *See* Mot. 3. Therefore, the Court **ORDERS** Plaintiff to file a motion for leave to amend its complaint by no later than **May 3, 2024**. All Defendants named in that complaint shall have **thirty days** from the date on which the amended complaint is filed to answer or otherwise respond to the amended complaint.

**SO ORDERED.**

SIGNED April 3, 2024.

**KAREN GREN SCHOLER**
**UNITED STATES DISTRICT JUDGE**