**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| FEDEX SUPPLY CHAIN LOGISTICS & ELECTRONICS, INC.,<br>*Plaintiff,*<br><br>v.<br><br>JAMES GOODMAN JR., et al.,<br>*Defendants.* | Civil Action No. 3:23-CV-02397 |

**DEFENDANTS SHALOM AUERBACH; NEIL AUERBACH; HUDSON CLEAN ENERGY ENTERPRISES, LLC; JUDITH AUERBACH; AUERBACH CHILDREN'S DYNASTY TRUST; AUERABCH FAMILY DYNASTY TRUST; ALLIANCE TEXAS HOLDINGS, LLC; 18920 NW 11TH, LLC; STEVEN ZAKHARYAYEV; AND EVELINA PINKHASOVA'S MOTION FOR LEAVE TO PROCEED WITHOUT LOCAL COUNSEL**

**JORDAN, LYNCH & CANCIENNE PLLC**
Michael Cancienne
State Bar No. 24055256
Joseph W. ("Jeb") Golinkin II
State Bar No. 24087596
Brittainie J. Zinsmeyer
State Bar No. 24115981
1980 Post Oak Blvd., Suite 2300
Houston, Texas 77056
713.955.4025 (phone)
mcancienne@jlcfirm.com
jgolinkin@jlcfirm.com
bzinsmeyer@jlcfirm.com

**ATTORNEYS FOR MOVANTS**

Defendants Hudson Clean Energy Enterprises, LLC; Alliance Texas Holdings, LLC; Shalom Auerbach; Neil Z. Auerbach; Judith Auerbach; Auerbach Partners, L.P.; Auerbach Children's Dynasty Trust u/a/d October 9, 2012; Auerbach Family Dynasty Trust u/a/d October 9, 2012 (together, "the Auerbach Defendants"); and 18920 NW 11th, LLC ("18920"); Steven Zakharyayev; and Evelina Pinkhasova (together, "the 18920 Defendants") (the Auerbach Defendants and 18920 Defendants, collectively, the "Movants") file this Motion to Proceed Without Local Counsel and would show as follows.

1. On October 27, 2023, Plaintiff FedEx Supply Chain Logistics & Electronics, Inc. ("Plaintiff") filed its Original Complaint (ECF No. 1). Since then, Plaintiff has twice amended its complaint. (*See* Pl.'s 2d Am. Compl., ECF No. 96.)

2. Per the Court's instructions, (*see* Order ECF No. 88), Movants filed their Motion to Dismiss timely on June 3, 2024. (Defs.' Mot. to Dismiss, ECF No. 104.)

3. Local Rule 83.10 requires, absent exemptions which do not apply here, local counsel on all cases when counsel of record do not reside or maintain an office within the Northern District of Texas.

4. Counsel for Movants are located in Houston, Texas, but are admitted to practice in the Northern District of Texas.

5. Counsel for Movants are prepared to, and capable of, performing services and duties required of local counsel.

6. Movants therefore ask this Court for leave to proceed without local counsel, in accordance with Northern District of Texas Local Rule 83.10.

Dated: June 13, 2024

Respectfully submitted,

JORDAN, LYNCH & CANCIENNE PLLC

*/s/ Michael Cancienne*
Michael Cancienne
Texas Bar No. 24055256
Joseph ("Jeb") W. Golinkin II
Texas Bar No. 24087596
Brittainie J. Zinsmeyer
State Bar No. 24115981
1980 Post Oak Blvd., Suite 2300
Houston, Texas 77056
Telephone: 713.955.4025
Facsimile: 713.955.9644
mcancienne@jlcfirm.com
jgolinkin@jlcfirm.com
bzinsmeyer@jlcfirm.com

COUNSEL FOR DEFENDANTS SHALOM AUERBACH, NEIL AUERBACH, HUDSON CLEAN ENERGY ENTERPRISES, LLC, JUDITH AUERBACH, AUERBACH PARTNERS, LP, AUERBACH CHILDREN'S DYNNASTY TRUST, AUERBACH FAMILY DYNASTY TRUST, ALLIANCE TEXAS HOLDINGS LLC; 18920 NW 11th, LLC; STEVEN ZAKHARYAYEV; and EVELINA PINKHASOVA

**CERTIFICATE OF SERVICE**

This certifies that a copy of the above and foregoing was sent to the following counsel of record by CM/ECF on June 13, 2024:

*/s/ Michael Cancienne*
Michael Cancienne

**CERTIFICATE OF CONFERENCE**

On June 7, 2024, counsel for Movants reached out to all other counsel to determine their position as to this Motion for Leave. Counsel for Plaintiff took no position as to the Motion, and all other defendants who have made an appearance were unopposed.

*/s/ Michael Cancienne*
Michael Cancienne