**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| FEDEX SUPPLY CHAIN LOGISTICS & ELECTRONICS, INC.,<br>*Plaintiff,*<br><br>v.<br><br>JAMES GOODMAN JR., et al.,<br>*Defendants*. | Civil Action No. 3:23-CV-02397 |

**ORDER GRANTING CERTAIN DEFENDANTS' MOTION TO PROCEED WITHOUT LOCAL COUNSEL**

Pending before the Court is Defendants Hudson Clean Energy Enterprises, LLC; Alliance Texas Holdings, LLC; Shalom Auerbach; Neil Z. Auerbach; Judith Auerbach; Auerbach Partners, L.P.; Auerbach Children's Dynasty Trust u/a/d October 9, 2012; Auerbach Family Dynasty Trust u/a/d October 9, 2012; 18920 NW 11th, LLC; Steven Zakharyayev; and Evelina Pinkhasova (together, the "Movants") Motion for Leave to Proceed Without Local Counsel. Having considered the motion, and noting no opposition by the other parties, the Court finds the motion should be **GRANTED.**

Accordingly, the Movants are permitted to proceed without obtaining local counsel. Counsel for Movants shall fulfill all local counsel requirements and abide by all local rules of this Court.

**SO ORDERED.**

SIGNED June ___, 2024.

____________________________________

**KAREN GREN SCHOLER**
**UNITED STATES DISTRICT JUDGE**