# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| FEDEX SUPPLY CHAIN LOGISTICS & ELECTRONICS, INC., <br><br> Plaintiff, <br><br> v. <br><br> JAMES E. GOODMAN, JR., JOHN GOODMAN, JONATHAN GOODMAN, JAKE GOODMAN, JOSEPH "JODY" GOODMAN, JAMES FRINZI, SHALOM AUERBACH, NEIL AUERBACH, JUDITH AUERBACH, STEVEN ZAKHARYAYEV, EVALINA PINKHASOVA, GENESIS NETWORKS TELECOM SERVICES, LLC, GNET ATC, LLC, GREATER TECH HOLDINGS, INC. f/k/a GOODMAN TELECOM HOLDINGS, LLC, GOODMAN INVESTMENT HOLDINGS, LLC, UNIFIED FIELD SERVICES, INC., AMERICAN METALS RECOVERY AND RECYCLING, INC. a/k/a MBG HOLDINGS, INC., MULTIBAND FIELD SERVICES, INC., HSB HOLDINGS, LLC f/k/a MULTIBAND GLOBAL RESOURCES, LLC, AMR RESOURCES, LLC, HUDSON CLEAN ENERGY ENTERPRISES, LLC, 18920 NW 11th, LLC, PROSPERITY BANCSHARES, INC., THE FRINZI FAMILY TRUST, ALLIANCE TEXAS HOLDINGS, LLC, AUERBACH PARTNERS, LP, AUERBACH CHILDREN'S DYNASTY TRUST, And AUERBACH FAMILY DYNASTY TRUST, <br><br> Defendants. | Civil Action No. 3:23-cv-02397 |

**PLAINTIFF'S MOTION AND INCORPORATED MEMORANDUM FOR LEAVE TO FILE AN OMNIBUS RESPONSE TO THE MOTIONS TO DISMISS**

FedEx Supply Chain Logistics & Electronics, Inc. ("Plaintiff" or "FSCLE") seeks leave from the Court to file one omnibus response to the five (5) separate Motions to Dismiss (the "Defense Motions") filed by the various defendant groups [Dkt. #104 – June 3, 2024, Dkt. #107 – June 14, 2024, Dkt. #109 – June 14, 2024, Dkt. # 111 – June 14, 2024, and Dkt. # 115 – June 14, 2024]. In addition, FSCLE seeks leave to have up to an additional five (5) pages, for a total omnibus brief in response of up to thirty (30) pages, and for that omnibus response to be filed no later than July 26, 2024.

The primary basis for this motion is efficiency. Many of the arguments raised by the various groups of Defendants in the Defense Motions are substantially similar to one another and/or identical. Of course, there is nothing wrong with the Defendants coordinating their respective positions or simply relying on the same cases/arguments. This Court's local rules provide that FSCLE would normally have up to twenty-five (25) pages for each of its responses to each of the Defense Motions. Rather than put the Court through the burden of having to read potentially five briefs with the same or similar responses, FSCLE submits that it benefits the Court and all parties for FSCLE to have the opportunity to file one omnibus brief in opposition to the Defense Motions.

Because FSCLE would like to file an omnibus brief in response to the Defense Motions and there are a few unique arguments raised by one or more of the Defendants in those motions, FSCLE simply asks for permission to have its omnibus response exceed the Court's page limit for responses by up to an additional five (5) pages. In other words, FSCLE requests permission from the Court to file a single brief in response to the Defense Motions and for that response to not exceed a total of thirty (30) pages. FSCLE intends to address each of the arguments raised in the Defense Motions and where an argument is unique to a particular Defendant will label that

argument as responsive to a specific argument raised by a specific Defendant or group of Defendants. Generally, this will be infrequent because of the significant overlap among the Defense Motions.

Lastly, FSCLE requests a short extension of time to file its omnibus response. With the exception of the Auerbach Defendants' motion [Dkt. # 104], this requested extension would allow FSCLE just two additional weeks of time to respond. It is worth noting that the Fourth of July holiday falls in the middle of this briefing time and there are five Defense Motions to address. Thus, to organize this consolidated effort to bring efficiency to the handling of the Defense Motions, FSCLE simply seeks a brief extension of time to respond.

An omnibus response saves the Court and all parties from having to read five separate responses that would otherwise be repetitive given the overlap in arguments and authorities presented in the Defense Motions. FSCLE's requests, if granted, would streamline the response and require FSCLE to be as succinct as possible.

Nothing in this motion is intended to alter the ability of each of the Defendants to file individual replies, as permitted by the local rules.

Wherefore, FSCLE seeks leave to file an omnibus response in opposition to Dkt. #s 104, 107, 109, 111 and 115. FSCLE further seeks leave for that omnibus brief to be no more than thirty (30) pages and that the omnibus response to be due no later than Friday, July 26, 2024.

**BUTLER SNOW LLP**

By: s/ Daniel W. Van Horn
DANIEL W. VAN HORN (Pro Hac Admitted)
S. KEENAN CARTER (TX Bar No. 24006966)
R. CAMPBELL HILLYER (Pro Hac Admitted)
ADAM M. LANGLEY (Pro Hac Admitted)
KATHERINE KUCHENBECKER (Pro Hac Admitted)
6075 Poplar Ave., Ste. 500

        Memphis, TN 38119
        (901) 680-7200
        (901) 680-7201 (fax)
        Danny.VanHorn@butlersnow.com
        Keenan.Carter@ButlerSnow.com
        Cam.Hillyer@butlersnow.com
        Adam.Langley@butlersnow.com
        Katherine.Kuchenbecker@butlersnow.com

        CEDRIC E. EVANS (TX Bar No. 00793707)
        1400 Lavaca Street, Ste. 1400
        Austin, TX 78701
        (737) 802-1800
        (737) 802-1801 (fax)
        Cedric.Evans@butlersnow.com

        BRYONY HARRIS (TX Bar No. 24116488)
        2911 Turtle Creek Blvd., Ste. 1400
        Dallas, TX 75219
        (469) 680-5500
        (469) 680-5501 (fax)
        Bryony.Harris@butlersnow.com
        **Counsel for Plaintiff FedEx Supply Chain**
        **Logistics & Electronics, Inc.**

## **CERTIFICATE OF CONFERENCE**

Pursuant to Local Rule 7.1(b), I hereby certify that I conferred with all counsel who filed the Defense Motions. Counsel for the Auerbach Defendants, the Frinzi Defendants, AMR Resources and MBG Holdings advised they are unopposed to the relief requested in this motion.

Counsel for Prosperity Bank, advised that Prosperity Bank is not opposed to the extension of time sought in this motion but otherwise opposes the relief requested. Counsel for James Goodman advised that Mr. Goodman would not oppose this motion only if FSCLE sent him the load file of all documents produced in a separate bankruptcy case. FSCLE fully intends to do so with its Initial Disclosures but believes it is improper to tie consent or opposition to this motion to the premature production of documents.

                                                              By: */s/ Daniel Van Horn*
                                                                 Daniel Van Horn

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing motion has been served via the Court's CM/ECF system this the 25th day of June 2024 upon:

*Counsel for 18920 NW 11th LLC, Alliance Texas Holdings, LLC, Evalina Pinkhasova,*

*Neil Auerbach, Shalom Auerbach, Auerbach Partners, LP , Steven Zakharyayev, Hudson Clean Energy, Judith Auerbach, the Auerbach Family Trust and the Auerbach Children's Trust*
Michael Cancienne, Esq.
Joseph Golinkin, Esq.
Jordan, Lynch & Cancienne PLLC
1980 Post Oak Blvd., Ste. 2300
Houston, TX 77056
mcancienne@jlcfirm.com
jgolinkin@jlcfirm.com

*Counsel for James Frinzi,*     *Counsel for James Goodman,*
*The Frinzi Family Trust, and*     *Jake Goodman, Goodman Investment Holdings LLC*
*HSB Holdings LLC*     *and Unified Field Services, Inc.*
Paul Elkins, Esq.     Anna MacFarlane, Esq.
Wick Phillips Gould & Martin LLP     Pulman Cappuccio & Pullen LLP
100 Throckmorton St., Ste. 1500     2161 NW Military Hwy, Ste. 400
Fort Worth, TX 76101     San Antonio, TX 78213
paul.elkins@wickphillips.com     amacfarlane@pullmanlaw.com

*Counsel for Prosperity Bancshares Inc.*     *Counsel for Multiband Global Resources, LLC*
Christopher Bankler, Esq.     Mark Billon, Esq.
Jackson Walker LLP     Billon LLC
1401 McKinney Ste. 1900     1073 S. Governors Ave.
Houston, TX 77010     Dover, DE 19904
cbankler@jw.com     markbillon@billonlaw.com

*Counsel for GNET and Multiband Field Services, Inc.*
Michael Quilling, Esq.
Joshua Shepherd, Esq.
Quilling Selander Lownds Winslett & Moser, PC
2001 Bryan Street, Ste. 1800
Dallas, TX 75201
mquilling@qslwm.com
jshepherd@qslwm.com

*Attorney for Jonathan Goodman, Jody Goodman and John Goodman*
David Skeels, Esq.
Tom Harkins, Esq.
Whitaker Chalk Swindle & Schwartz, PLLC
301 Commerce Street
Fort Worth, TX 76102
dskeels@whitakerchalk.com
tharkins@whitakerchalk.com

                                                       */s/ Daniel W. Van Horn*
                                                       Daniel W. Van Horn