# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| FEDEX SUPPLY CHAIN LOGISTICS & ELECTRONICS, INC. | § § § | |
| v. | § § | CIVIL ACTION NO. 3:23-CV-2397-S |
| JAMES E. GOODMAN, JR., et al. | § § | |

### ORDER SETTING INITIAL HEARING

Pursuant to Federal Rule of Civil Procedure 16, the Court hereby sets this case for a status conference on **August 9, 2024, at 2:00 p.m.** At least one counsel of record for each party shall be present. This hearing will be conducted in person. The parties are directed to confer and be prepared to discuss with the Court the matters set forth in Rules 16(b)(3) and 26(f) and any other matters that the parties believe will assist the Court in managing this case.

**SO ORDERED.**

SIGNED July 9, 2024.

/s/ Karen Gren Scholer
**KAREN GREN SCHOLER**
**UNITED STATES DISTRICT JUDGE**