

# UNITED STATES BANKRUPTCY COURT
## Western District of Texas

Bankruptcy Case No.: 24-50224-mmp

Chapter No.: 7

Judge: Michael M Parker

IN RE: **Genesis Networks Telecom Services, LLC**, Debtor(s)



## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held

at  San Antonio Courtroom 1, Hipolito F. Garcia Fed Bldg & Courthouse, 615 E. Houston St., San Antonio, TX 78205

on  **9/3/24  at  09:30 AM**

Hearing to Consider and Act Upon the Following: (IF TIME ESTIMATE EXCEEDS 20 MINUTES, PLEASE E-MAIL DEANNA CASTLEBERRY AT: deanna_castleberry@txwb.uscourts.gov.) (Related Document(s): 63 Motion for Order Directing the Rule 2004 Examinations of (i) the Debtor, (ii) Endeavor Managed Services, Inc., (iii) Symbiont Ventures, LLC f/k/a Goodman Investments Holdings LLC and (iv) James Goodman filed by Robert Campbell Hillyer for Creditor Fedex Supply Chain Logistics & Electronics, Inc. Hearing Scheduled For 9/3/2024 at 9:30 AM at SA Courtroom 1. (Castleberry, Deanna)

Dated: 8/6/24

Barry D. Knight
Clerk, U. S. Bankruptcy Court

[Hearing Notice (BK)] [NtchrgBKapac]

**OFFICIAL BUSINESS**
UNITED STATES BANKRUPTCY COURT
PENALTY FOR PRIVATE USE, $300
CONTAINS NOTICE of a PROCEEDING
in the
UNITED STATES BANKRUPTCY COURT

THU-72003 0542-5 134 24-50224
BAE Systems
Bankruptcy Noticing Center
45479 Holiday Drive
Sterling, VA 20166-9411

005824 5824 1 AB 0.588 75242 9 8 10212-1-5824
Dist. Clrk. #3:32CV 02397 S
1100 Commerce St. #1452
Dallas, TX 75242-1310



RECEIVED
AUG 1 3 2024
MAILROOM

X-RAY

**FIRST-CLASS MAIL**

PRESORTED
FIRST-CLASS MAIL
POSTAGE & FEES PAID
UNITED STATES COURTS
PERMIT NO. G-18