# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| FEDEX SUPPLY CHAIN LOGISTICS & ELECTRONICS, INC. | § § § | |
| v. | § § | CIVIL ACTION NO. 3:23-CV-2397-S |
| JAMES E. GOODMAN, JR., et al. | § § | |

## ORDER REFERRING CASE TO MEDIATION

The Court hereby **ORDERS** this case to mediation before:

Hon. Glen M. Ashworth (Ret.)
JAMS
8401 N. Central Expressway
Suite 610
Dallas, Texas 75225
(214) 891-4525

Mediation shall be in person or by videoconference, as directed by the Mediator, and completed by **90 days before trial**.

The Mediator shall be responsible for communicating with counsel to coordinate a date for the mediation. Upon completion of the mediation, the Mediator shall submit a report to the Court within five days.

**SO ORDERED.**

SIGNED August 20, 2024.

_____
KAREN GREN SCHOLER
UNITED STATES DISTRICT JUDGE