# United States District Court
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| FED EX SUPPLY CHAIN LOGISTICS<br>& ELECTRONICS, INC. | § <br> § <br> § | |
| v. | § <br> § | CIVIL ACTION NO. 3:23-CV-2397-S |
| JAMES E. GOODMAN, JR., et al. | § | |

## ORDER

The Court sets this case for a status conference on **October 9, 2024, at 1:00 p.m.** Lead

counsel for each party shall be present. This hearing will be conducted in person.

**SO ORDERED.**

SIGNED September 9, 2024.

**KAREN GREN SCHOLER**
**UNITED STATES DISTRICT JUDGE**