

September 11, 2024

Via: Pacer e-file

United States District Court
Northern District of Texas
1100 Commerce Street, Room 1654
Dallas, Texas 75242

      RE:      3:23-CV-02397-S
                  FedEx Supply Chain Logistics & Electronics Inc v. Goodman et al
                  Request for Correction of Docket Regarding Representation

      Please correct the docket in this matter to reflect that I represent only AMR Resources, LLC, and MBG Holdings, Inc.

      When filing our client's Motion to Dismiss, my office inadvertently selected "Multiband Field Services Inc." as the client and this is not accurate.

      I apologize for the error and appreciate your understanding. Should you need anything additional from me, please let me know.

Respectfully,

**Everett New and Associates PC**

_____
Everett New
Texas Bar No. 24046518
enew@enewlaw.com

1401 N. Central Expy., Ste. 220
Richardson, Texas 75080
(214) 420-3850

(214) 420-3850    www.enewlaw.com