**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

|  |  |  |
|---|---|---|
| **FEDEX SUPPLY CHAIN LOGISTICS &** | § | |
| **ELECTRONICS, INC.,** | § | |
| | § | |
| **Plaintiff** | § | |
| | § | **Civil Action No. 3:23-cv-02397** |
| **v.** | § | |
| | § | |
| **JAMES E. GOODMAN, JR.,** *et al.*, | § | |
| | § | |
| **Defendants** | § | |

**PROSPERITY BANK'S ANSWER**
**TO PLAINTIFF'S THIRD AMENDED COMPLAINT**

Defendant Prosperity Bank ("Prosperity Bank") hereby files its Answer to Plaintiff FedEx Supply Chain Logistics & Electronics, Inc.'s ("Plaintiff" or "FedEx") Third Amended Complaint [Docket No. 159] (the "Complaint"). Prosperity Bank denies all allegations made in Plaintiff's Complaint, whether express or implied, that are not specifically admitted or denied below.

**NATURE OF THE ACTION**

1.      Prosperity Bank denies paragraph 1 of the Complaint.

2.      Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 2 of the Complaint, and therefore denies the same.

3.      Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 3 of the Complaint, and therefore denies the same.

4.      Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 4 of the Complaint, and therefore denies the same.

5.      Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 5 of the Complaint, and therefore denies the same.

6.      Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 6 of the Complaint, and therefore denies the same.

7.      Prosperity Bank admits that the 4352 account had not been originally opened with the ability to send wire transfers.  Prosperity Bank lacks sufficient knowledge with which to admit or deny the remaining allegations of paragraph 7 of the Complaint, and therefore denies the same.

8.      Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 8 of the Complaint, and therefore denies the same.

9.      Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 9 of the Complaint, and therefore denies the same.

10.      Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 10 of the Complaint, and therefore denies the same.

11.      Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 11 of the Complaint, and therefore denies the same.

12.      Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 12 of the Complaint, and therefore denies the same.

13.      Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 13 of the Complaint, and therefore denies the same.

14.      Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 14 of the Complaint, and therefore denies the same.

15.      Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 15 of the Complaint, and therefore denies the same.

16.      Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 16 of the Complaint, and therefore denies the same.

17.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 17 of the Complaint, and therefore denies the same.

18.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 18 of the Complaint, and therefore denies the same.

19.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 19 of the Complaint, and therefore denies the same.

20.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 20 of the Complaint, and therefore denies the same.

21.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 21 of the Complaint, and therefore denies the same.

22.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 22 of the Complaint, and therefore denies the same.

23.     Prosperity Bank denies the allegations in paragraph 23 of the Complaint to the extent that it pertains to Prosperity Bank. For the remaining allegations in paragraph 23 of the Complaint, Prosperity Bank lacks knowledge or information sufficient to form a belief about the allegations, and therefore denies the same.

24.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 24 of the Complaint, and therefore denies the same.

25.     Prosperity Bank denies the allegations in paragraph 25 of the Complaint to the extent that it pertains to Prosperity Bank. For the remaining allegations in paragraph 25 of the Complaint, Prosperity Bank lacks knowledge or information sufficient to form a belief about the allegations, and therefore denies the same.

26.     Prosperity Bank denies the allegations in paragraph 26 of the Complaint to the extent that it pertains to Prosperity Bank. For the remaining allegations in paragraph 26 of the Complaint, Prosperity Bank lacks knowledge or information sufficient to form a belief about the allegations, and therefore denies the same.

27.     Prosperity Bank denies paragraph 27 of the Complaint.

28.     Prosperity Bank denies the allegations in paragraph 28 of the Complaint to the extent that it pertains to Prosperity Bank. For the remaining allegations in paragraph 28 of the Complaint, Prosperity Bank lacks knowledge or information sufficient to form a belief about the allegations, and therefore denies the same.

## PARTIES

29.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 29 of the Complaint, and therefore denies the same.

30.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 30 of the Complaint, and therefore denies the same.

31.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 31 of the Complaint, and therefore denies the same.

32.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 32 of the Complaint, and therefore denies the same.

33.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 33 of the Complaint, and therefore denies the same.

34.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 34 of the Complaint, and therefore denies the same.

35.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 35 of the Complaint, and therefore denies the same.

36.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 36 of the Complaint, and therefore denies the same.

37.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 37 of the Complaint, and therefore denies the same.

38.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 38 of the Complaint, and therefore denies the same.

39.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 39 of the Complaint, and therefore denies the same.

40.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 40 of the Complaint, and therefore denies the same.

41.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 41 of the Complaint, and therefore denies the same.

42.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 42 of the Complaint, and therefore denies the same.

43.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 43 of the Complaint, and therefore denies the same.

44.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 44 of the Complaint, and therefore denies the same.

45.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 45 of the Complaint, and therefore denies the same.

46.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 46 of the Complaint, and therefore denies the same.

47.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 47 of the Complaint, and therefore denies the same.

48.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 48 of the Complaint, and therefore denies the same.

49.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 49 of the Complaint, and therefore denies the same.

50.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 50 of the Complaint, and therefore denies the same.

51.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 51 of the Complaint, and therefore denies the same.

52.     Prosperity Bank denies the first two sentences of paragraph 52 of the Complaint. Prosperity Bank admits the third sentence of paragraph 52 of the Complaint.

53.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 53 of the Complaint, and therefore denies the same.

54.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 54 of the Complaint, and therefore denies the same.

55.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 55 of the Complaint, and therefore denies the same.

56.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 56 of the Complaint, and therefore denies the same.

**JURISDICTION AND VENUE**

57.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 57 of the Complaint, and therefore denies the same.

58.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 58 of the Complaint, and therefore denies the same.

59.     Prosperity Bank denies the allegations in paragraph 59 of the Complaint to the extent that it pertains to Prosperity Bank. For the remaining allegations in paragraph 59 of the Complaint, Prosperity Bank lacks knowledge or information sufficient to form a belief about the allegations, and therefore denies the same.

**BACKGROUND AND FACTS**

60.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 60 of the Complaint, and therefore denies the same.

61.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 61 of the Complaint, and therefore denies the same.

62.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 62 of the Complaint, and therefore denies the same.

63.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 63 of the Complaint, and therefore denies the same.

64.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 64 of the Complaint, and therefore denies the same.

65.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 65 of the Complaint, and therefore denies the same.

66.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 66 of the Complaint, and therefore denies the same.

67.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 67 of the Complaint, and therefore denies the same.

68.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 68 of the Complaint, and therefore denies the same.

69.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 69 of the Complaint, and therefore denies the same.

70.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 70 of the Complaint, and therefore denies the same.

71.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 71 of the Complaint, and therefore denies the same.

72.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 72 of the Complaint, and therefore denies the same.

73.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 73 of the Complaint, and therefore denies the same.

74.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 74 of the Complaint, and therefore denies the same.

75.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 75 of the Complaint, and therefore denies the same.

76.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 76 of the Complaint, and therefore denies the same.

77.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 77 of the Complaint, and therefore denies the same.

78.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 78 of the Complaint, and therefore denies the same.

79.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 79 of the Complaint, and therefore denies the same.

80.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 80 of the Complaint, and therefore denies the same.

81.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 81 of the Complaint, and therefore denies the same.

82.     Prosperity Bank admits that Goodman Networks requested Prosperity Bank provide Jim Frinzi control of the bank accounts including the 4352 account.  Prosperity Bank denies the remaining allegations in paragraph 82 of the Complaint.

83.     Prosperity Bank admits paragraph 83 of the Complaint.

84.     Prosperity Bank admits that Goodman Networks sent Prosperity Bank a copy of the Fourth Amended Bylaws.  Prosperity Bank denies the remaining allegations in Paragraph 84 of the Complaint.

85.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 85 of the Complaint, and therefore denies the same.

86.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 86 of the Complaint, and therefore denies the same.

87.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 87 of the Complaint, and therefore denies the same.

88.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 88 of the Complaint, and therefore denies the same.

89.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 89 of the Complaint, and therefore denies the same.

90.     Prosperity Bank admits that James Goodman and Bater Bates met on or around October 14, 2021. Prosperity Bank admits that on or around October 14, 2021, Genesis Networks, Global Services, LLC and Genesis Networks Telecom Services, LLC had outstanding loans owed to Prosperity Bank. Prosperity Bank denies the remaining allegations in paragraph 90 of the Complaint.

91.     Prosperity Bank admits that James Goodman emailed Prosperity Bank on or around October 13 and 14, 2021. Prosperity Bank denies the remaining allegations in Paragraph 91 of the Complaint.

92.     Prosperity Bank admits that Bater Bates and James Goodman emailed each other on or around October 14, 2021 about pledging funds in a deposit account as collateral to secure a loan owed to Prosperity Bank. Prosperity Bank denies all remaining allegations in paragraph 92 of the Complaint.

93.     Prosperity Bank lacks sufficient knowledge with which to admit or deny the allegations regarding James Goodman's knowledge. Prosperity Bank denies the remaining allegations in paragraph 93 of the Complaint.

94.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 94 of the Complaint, and therefore denies the same.

95.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 95 of the Complaint, and therefore denies the same.

96.     Prosperity Bank admits that on or around October 15 and 19, 2021, Prosperity Bank asked Goodman Networks for corporate documents. Prosperity Bank denies the remaining allegations of Paragraph 96 of the Complaint.

97.     Prosperity Bank admits that James Goodman wrote in an email, on or around October 19, 2021, to Prosperity Bank: "Working on the amendment and authority now." Prosperity Bank denies the remaining allegations in Paragraph 97 of the Complaint.

98.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 98 of the Complaint, and therefore denies the same.

99.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 99 of the Complaint, and therefore denies the same.

100.    Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 100 of the Complaint, and therefore denies the same.

101.    Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 101 of the Complaint, and therefore denies the same.

102.    Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 102 of the Complaint, and therefore denies the same.

103.    Prosperity Bank admits that on or around October 21 or 22, 2021, Jim Frinzi emailed Prosperity Bank a document titled "Fifth Amended and Restated Bylaws of Goodman Networks Incorporated." Prosperity Bank denies the remaining allegations in paragraph 103 of the Complaint.

104.    Prosperity Bank admits that Jim Frinzi's October 21, 2021 email to Prosperity Bank copied James Goodman. Prosperity Bank denies the characterization and remaining allegations in paragraph 104 of the Complaint.

105.    Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 105 of the Complaint, and therefore denies the same.

106.    Prosperity Bank denies paragraph 106 of the Complaint.

107.    Prosperity Bank denies paragraph 107 of the Complaint.

108.    Prosperity Bank denies paragraph 108 of the Complaint.

109.    Prosperity Bank admits that it accepted an assignment of the 3992 Account, dated as of October 25, 2021, as collateral for the Genesis Loans. Prosperity Bank denies the remaining allegations in paragraph 109 of the Complaint.

110.    Prosperity Bank admits paragraph 110 of the Complaint.

111.    Prosperity Bank denies paragraph 111 of the Complaint.

112.    Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 112 of the Complaint, and therefore denies the same.

113.    Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 113 of the Complaint, and therefore denies the same.

114.    Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 114 of the Complaint, and therefore denies the same.

115.    Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 115 of the Complaint, and therefore denies the same.

116.    Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 116 of the Complaint, and therefore denies the same.

117.    Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 117 of the Complaint, and therefore denies the same.

118.    Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 118 of the Complaint, and therefore denies the same.

119.    Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 119 of the Complaint, and therefore denies the same.

120.    Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 120 of the Complaint, and therefore denies the same.

121.    Prosperity Bank denies the allegations in paragraph 121 of the Complaint to the extent that it pertains to Prosperity Bank. For the remaining allegations in paragraph 121 of the Complaint, Prosperity Bank lacks knowledge or information sufficient to form a belief about the allegations, and therefore denies the same.

122.    Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 122 of the Complaint, and therefore denies the same.

123.    Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 123 of the Complaint, and therefore denies the same.

124.    Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 124 of the Complaint, and therefore denies the same.

125.    Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 125 of the Complaint, and therefore denies the same.

126.    Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 126 of the Complaint, and therefore denies the same.

127.    Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 127 of the Complaint, and therefore denies the same.

128.    Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 128 of the Complaint, and therefore denies the same.

129.    Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 129 of the Complaint, and therefore denies the same.

130.    Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 130 of the Complaint, and therefore denies the same.

131.    Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 131 of the Complaint, and therefore denies the same.

132.    Prosperity Bank admits that the 4352 account had not been originally opened with the ability to send wire transfers. Prosperity Bank denies the remaining allegations in paragraph 132 of the Complaint.

133.    Prosperity Bank denies paragraph 133 of the Complaint.

134.    Prosperity Bank admits that Goodman Networks requested to add the ability to send wires out of the 4352 Account. Prosperity Bank denies the remaining allegations in paragraph 134 of the Complaint.

135.    Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 135 of the Complaint, and therefore denies the same.

136.    Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 136 of the Complaint, and therefore denies the same.

137.    Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 137 of the Complaint, and therefore denies the same.

138.    Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 138 of the Complaint, and therefore denies the same.

139.    Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 139 of the Complaint, and therefore denies the same.

140.    Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 140 of the Complaint, and therefore denies the same.

141.    Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 141 of the Complaint, and therefore denies the same.

142.    Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 142 of the Complaint, and therefore denies the same.

143.    Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 143 of the Complaint, and therefore denies the same.

144.    Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 144 of the Complaint, and therefore denies the same.

145.    Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 145 of the Complaint, and therefore denies the same.

146.    Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 146 of the Complaint, and therefore denies the same.

147.    Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 147 of the Complaint, and therefore denies the same.

148.    Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 148 of the Complaint, and therefore denies the same.

149.    Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 149 of the Complaint, and therefore denies the same.

150.    Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 150 of the Complaint, and therefore denies the same.

151.    Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 151 of the Complaint, and therefore denies the same.

152.    Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 152 of the Complaint, and therefore denies the same.

153.    Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 153 of the Complaint, and therefore denies the same.

154.    Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 154 of the Complaint, and therefore denies the same.

155.    Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 155 of the Complaint, and therefore denies the same.

156.    Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 156 of the Complaint, and therefore denies the same.

157.    Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 157 of the Complaint, and therefore denies the same.

158.    Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 158 of the Complaint, and therefore denies the same.

159.    Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 159 of the Complaint, and therefore denies the same.

160.    Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 160 of the Complaint, and therefore denies the same.

161.    Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 161 of the Complaint, and therefore denies the same.

162.    Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 162 of the Complaint, and therefore denies the same.

163.    Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 163 of the Complaint, and therefore denies the same.

164.    Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 164 of the Complaint, and therefore denies the same.

165.    Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 165 of the Complaint, and therefore denies the same.

166.    Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 166 of the Complaint, and therefore denies the same.

167.    Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 167 of the Complaint, and therefore denies the same.

168.    Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 168 of the Complaint, and therefore denies the same.

169.    Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 169 of the Complaint, and therefore denies the same.

170.    Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 170 of the Complaint, and therefore denies the same.

171.    Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 171 of the Complaint, and therefore denies the same.

172.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 172 of the Complaint, and therefore denies the same.

173.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 173 of the Complaint, and therefore denies the same.

174.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 174 of the Complaint, and therefore denies the same.

175.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 175 of the Complaint, and therefore denies the same.

176.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 176 of the Complaint, and therefore denies the same.

177.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 177 of the Complaint, and therefore denies the same.

178.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 178 of the Complaint, and therefore denies the same.

179.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 179 of the Complaint, and therefore denies the same.

180.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 180 of the Complaint, and therefore denies the same.

181.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 181 of the Complaint, and therefore denies the same.

182.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 182 of the Complaint, and therefore denies the same.

183.    Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 183 of the Complaint, and therefore denies the same.

184.    Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 184 of the Complaint, and therefore denies the same.

185.    Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 185 of the Complaint, and therefore denies the same.

186.    Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 186 of the Complaint, and therefore denies the same.

187.    Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 187 of the Complaint, and therefore denies the same.

188.    Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 188 of the Complaint, and therefore denies the same.

189.    Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 189 of the Complaint, and therefore denies the same.

190.    Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 190 of the Complaint, and therefore denies the same.

191.    Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 191 of the Complaint, and therefore denies the same.

192.    Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 192 of the Complaint, and therefore denies the same.

193.    Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 193 of the Complaint, and therefore denies the same.

194.    Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 194 of the Complaint, and therefore denies the same.

195.    Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 195 of the Complaint, and therefore denies the same.

196.    Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 196 of the Complaint, and therefore denies the same.

197.    Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 197 of the Complaint, and therefore denies the same.

198.    Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 198 of the Complaint, and therefore denies the same.

199.    Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 199 of the Complaint, and therefore denies the same.

200.    Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 200 of the Complaint, and therefore denies the same.

201.    Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 201 of the Complaint, and therefore denies the same.

202.    Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 202 of the Complaint, and therefore denies the same.

203.    Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 203 of the Complaint, and therefore denies the same.

204.    Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 204 of the Complaint, and therefore denies the same.

205.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 205 of the Complaint, and therefore denies the same.

206.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 206 of the Complaint, and therefore denies the same.

207.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 207 of the Complaint, and therefore denies the same.

208.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 208 of the Complaint, and therefore denies the same.

209.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 209 of the Complaint, and therefore denies the same.

210.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 210 of the Complaint, and therefore denies the same.

211.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 211 of the Complaint, and therefore denies the same.

212.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 212 of the Complaint, and therefore denies the same.

213.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 213 of the Complaint, and therefore denies the same.

214.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 214 of the Complaint, and therefore denies the same.

215.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 215 of the Complaint, and therefore denies the same.

216.    Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 216 of the Complaint, and therefore denies the same.

217.    Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 217 of the Complaint, and therefore denies the same.

218.    Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 218 of the Complaint, and therefore denies the same.

219.    Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 219 of the Complaint, and therefore denies the same.

220.    Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 220 of the Complaint, and therefore denies the same.

221.    Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 221 of the Complaint, and therefore denies the same.

222.    Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 222 of the Complaint, and therefore denies the same.

223.    Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 223 of the Complaint, and therefore denies the same.

224.    Prosperity Bank admits that it received the Fourth Amended Bylaws. Prosperity Bank denies the remaining allegations in paragraph 224 of the Complaint.

225.    Prosperity Bank denies paragraph 225 of the Complaint.

226.    Prosperity Bank denies paragraph 226 of the Complaint.

227.    Prosperity Bank denies paragraph 227 of the Complaint.

228.    Prosperity Bank admits that on or around November 22, 2021, Nicole Rodriguez sent an email to James Goodman including a Corporate Resolution to Grant Collateral. Prosperity

Bank denies the characterization and remaining allegations of the first sentence in paragraph 228 of the Complaint. Prosperity Bank lacks sufficient knowledge with which to admit or deny the second sentence in paragraph 228 of the Complaint, and therefore denies the same.

229.    Prosperity Bank denies paragraph 229 of the Complaint.

230.    Prosperity Bank admits that it asked Goodman Networks for business information details to facilitate the addition of Jim Frinzi as an authorized user on the GNET Accounts. Prosperity Bank denies the characterization and remaining allegations in paragraph 230 of the Complaint.

231.    Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 231 of the Complaint, and therefore denies the same.

232.    Prosperity Bank denies paragraph 232 of the Complaint.

233.    Prosperity Bank denies paragraph 233 of the Complaint.

234.    Prosperity Bank admits paragraph 234 of the Complaint.

235.    Prosperity Bank admits that Jim Frinzi emailed Bater Bates on December 14, 2021. Prosperity Bank denies the characterization and remaining allegations in paragraph 235 of the Complaint.

236.    Prosperity Bank admits that Jim Frinzi emailed Ana McCollum on December 16, 2021. Prosperity Bank denies the characterization and any remaining allegations in paragraph 236 of the Complaint.

237.    Prosperity Bank admits that Ana McCollum emailed James Goodman on December 21, 2021. Prosperity Bank denies the characterization and any remaining allegations in paragraph 237 of the Complaint.

238.     Prosperity Bank admits that on December 23, 2021, Bater Bates forwarded Jim Frinzi's December 14, 2021 email to James Goodman. Prosperity Bank denies the characterization and any remaining allegations in paragraph 238 of the Complaint.

239.     Prosperity Bank admits paragraph 239 of the Complaint.

240.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 240 of the Complaint, and therefore denies the same.

241.     Prosperity Bank denies paragraph 241 of the Complaint.

242.     Prosperity Bank denies paragraph 242 of the Complaint.

243.     Prosperity Bank denies paragraph 243 of the Complaint.

244.     Prosperity Bank admits the first two sentences of paragraph 244 of the Complaint. Prosperity Bank denies the remaining allegations in paragraph 244 of the Complaint.

245.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 245 of the Complaint, and therefore denies the same.

246.     Prosperity Bank denies paragraph 246 of the Complaint.

247.     Prosperity Bank denies paragraph 247 of the Complaint.

248.     Prosperity Bank denies the characterization of paragraph 248, and therefore denies the same.

249.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 249 of the Complaint, and therefore denies the same.

250.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 250 of the Complaint, and therefore denies the same.

251.     Prosperity Bank denies paragraph 251 of the Complaint.

252.     Prosperity Bank denies paragraph 252 of the Complaint.

253.     Prosperity Bank denies paragraph 253 of the Complaint.

254.     Prosperity Bank denies paragraph 254 of the Complaint.

255.     Prosperity Bank denies paragraph 255 of the Complaint.

256.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 256 of the Complaint, and therefore denies the same.

257.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 257 of the Complaint, and therefore denies the same.

258.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 258 of the Complaint, and therefore denies the same.

259.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 259 of the Complaint, and therefore denies the same.

260.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 260 of the Complaint, and therefore denies the same.

261.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 261 of the Complaint, and therefore denies the same.

262.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 262 of the Complaint, and therefore denies the same.

263.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 263 of the Complaint, and therefore denies the same.

264.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 264 of the Complaint, and therefore denies the same.

265.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 265 of the Complaint, and therefore denies the same.

266.    Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 266 of the Complaint, and therefore denies the same.

267.    Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 267 of the Complaint, and therefore denies the same.

268.    Prosperity Bank denies the allegations in paragraph 268 of the Complaint to the extent that it pertains to Prosperity Bank. For the remaining allegations in paragraph 268 of the Complaint, Prosperity Bank lacks knowledge or information sufficient to form a belief about the allegations, and therefore denies the same.

269.    Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 269 of the Complaint, and therefore denies the same.

270.    Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 270 of the Complaint, and therefore denies the same.

271.    Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 271 of the Complaint, and therefore denies the same.

272.    Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 272 of the Complaint, and therefore denies the same.

273.    Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 273 of the Complaint, and therefore denies the same.

274.    Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 274 of the Complaint, and therefore denies the same.

275.    Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 275 of the Complaint, and therefore denies the same.

276.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 276 of the Complaint, and therefore denies the same.

277.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 277 of the Complaint, and therefore denies the same.

278.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 278 of the Complaint, and therefore denies the same.

279.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 279 of the Complaint, and therefore denies the same.

280.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 280 of the Complaint, and therefore denies the same.

281.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 281 of the Complaint, and therefore denies the same.

282.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 282 of the Complaint, and therefore denies the same.

283.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 283 of the Complaint, and therefore denies the same.

284.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 284 of the Complaint, and therefore denies the same.

285.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 285 of the Complaint, and therefore denies the same.

286.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 286 of the Complaint, and therefore denies the same.

287.    Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 287 of the Complaint, and therefore denies the same.

288.    Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 288 of the Complaint, and therefore denies the same.

289.    Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 289 of the Complaint, and therefore denies the same.

290.    Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 290 of the Complaint, and therefore denies the same.

291.    Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 291 of the Complaint, and therefore denies the same.

292.    Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 292 of the Complaint, and therefore denies the same.

293.    Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 293 of the Complaint, and therefore denies the same.

294.    Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 294 of the Complaint, and therefore denies the same.

295.    Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 295 of the Complaint, and therefore denies the same.

296.    Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 296 of the Complaint, and therefore denies the same.

297.    Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 297 of the Complaint, and therefore denies the same.

298.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 298 of the Complaint, and therefore denies the same.

299.     Prosperity Bank denies the allegations in paragraph 299 of the Complaint to the extent that it pertains to Prosperity Bank. For the remaining allegations in paragraph 299 of the Complaint, Prosperity Bank lacks knowledge or information sufficient to form a belief about the allegations, and therefore denies the same.

300.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 300 of the Complaint, and therefore denies the same.

301.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 301 of the Complaint, and therefore denies the same.

302.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 302 of the Complaint, and therefore denies the same.

303.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 303 of the Complaint, and therefore denies the same.

304.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 304 of the Complaint, and therefore denies the same.

305.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 305 of the Complaint, and therefore denies the same.

306.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 306 of the Complaint, and therefore denies the same.

307.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 307 of the Complaint, and therefore denies the same.

308.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 308 of the Complaint, and therefore denies the same.

309.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 309 of the Complaint, and therefore denies the same.

310.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 310 of the Complaint, and therefore denies the same.

311.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 311 of the Complaint, and therefore denies the same.

312.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 312 of the Complaint, and therefore denies the same.

313.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 313 of the Complaint, and therefore denies the same.

314.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 314 of the Complaint, and therefore denies the same.

315.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 315 of the Complaint, and therefore denies the same.

316.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 316 of the Complaint, and therefore denies the same.

317.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 317 of the Complaint, and therefore denies the same.

318.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 318 of the Complaint, and therefore denies the same.

319.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 319 of the Complaint, and therefore denies the same.

320.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 320 of the Complaint, and therefore denies the same.

321.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 321 of the Complaint, and therefore denies the same.

322.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 322 of the Complaint, and therefore denies the same.

323.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 323 of the Complaint, and therefore denies the same.

324.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 324 of the Complaint, and therefore denies the same.

325.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 325 of the Complaint, and therefore denies the same.

326.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 326 of the Complaint, and therefore denies the same.

327.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 327 of the Complaint, and therefore denies the same.

328.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 328 of the Complaint, and therefore denies the same.

329.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 329 of the Complaint, and therefore denies the same.

330.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 330 of the Complaint, and therefore denies the same.

331.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 331 of the Complaint, and therefore denies the same.

332.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 332 of the Complaint, and therefore denies the same.

333.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 333 of the Complaint, and therefore denies the same.

334.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 334 of the Complaint, and therefore denies the same.

335.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 335 of the Complaint, and therefore denies the same.

336.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 336 of the Complaint, and therefore denies the same.

337.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 337 of the Complaint, and therefore denies the same.

338.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 338 of the Complaint, and therefore denies the same.

339.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 339 of the Complaint, and therefore denies the same.

340.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 340 of the Complaint, and therefore denies the same.

341.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 341 of the Complaint, and therefore denies the same.

342.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 342 of the Complaint, and therefore denies the same.

343.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 343 of the Complaint, and therefore denies the same.

344.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 344 of the Complaint, and therefore denies the same.

345.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 345 of the Complaint, and therefore denies the same.

346.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 346 of the Complaint, and therefore denies the same.

347.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 347 of the Complaint, and therefore denies the same.

348.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 348 of the Complaint, and therefore denies the same.

349.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 349 of the Complaint, and therefore denies the same.

350.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 350 of the Complaint, and therefore denies the same.

351.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 351 of the Complaint, and therefore denies the same.

352.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 352 of the Complaint, and therefore denies the same.

353.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 353 of the Complaint, and therefore denies the same.

354.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 354 of the Complaint, and therefore denies the same.

355.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 355 of the Complaint, and therefore denies the same.

356.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 356 of the Complaint, and therefore denies the same.

357.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 357 of the Complaint, and therefore denies the same.

358.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 358 of the Complaint, and therefore denies the same.

359.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 359 of the Complaint, and therefore denies the same.

360.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 360 of the Complaint, and therefore denies the same.

361.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 361 of the Complaint, and therefore denies the same.

362.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 362 of the Complaint, and therefore denies the same.

363.    Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 363 of the Complaint, and therefore denies the same.

364.    Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 364 of the Complaint, and therefore denies the same.

365.    Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 365 of the Complaint, and therefore denies the same.

366.    Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 366 of the Complaint, and therefore denies the same.

367.    Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 367 of the Complaint, and therefore denies the same.

368.    Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 368 of the Complaint, and therefore denies the same.

369.    Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 369 of the Complaint, and therefore denies the same.

370.    Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 370 of the Complaint, and therefore denies the same.

371.    Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 371 of the Complaint, and therefore denies the same.

372.    Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 372 of the Complaint, and therefore denies the same.

373.    Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 373 of the Complaint, and therefore denies the same.

374.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 374 of the Complaint, and therefore denies the same.

375.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 375 of the Complaint, and therefore denies the same.

376.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 376 of the Complaint, and therefore denies the same.

377.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 377 of the Complaint, and therefore denies the same.

378.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 378 of the Complaint, and therefore denies the same.

379.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 379 of the Complaint, and therefore denies the same.

380.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 380 of the Complaint, and therefore denies the same.

381.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 381 of the Complaint, and therefore denies the same.

382.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 382 of the Complaint, and therefore denies the same.

383.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 383 of the Complaint, and therefore denies the same.

384.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 384 of the Complaint, and therefore denies the same.

385.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 385 of the Complaint, and therefore denies the same.

386.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 386 of the Complaint, and therefore denies the same.

387.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 387 of the Complaint, and therefore denies the same.

388.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 388 of the Complaint, and therefore denies the same.

389.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 389 of the Complaint, and therefore denies the same.

390.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 390 of the Complaint, and therefore denies the same.

391.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 391 of the Complaint, and therefore denies the same.

392.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 392 of the Complaint, and therefore denies the same.

393.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 393 of the Complaint, and therefore denies the same.

394.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 394 of the Complaint, and therefore denies the same.

395.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 395 of the Complaint, and therefore denies the same.

396.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 396 of the Complaint, and therefore denies the same.

397.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 397 of the Complaint, and therefore denies the same.

398.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 398 of the Complaint, and therefore denies the same.

399.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 399 of the Complaint, and therefore denies the same.

400.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 400 of the Complaint, and therefore denies the same.

401.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 401 of the Complaint, and therefore denies the same.

402.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 402 of the Complaint, and therefore denies the same.

403.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 403 of the Complaint, and therefore denies the same.

404.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 404 of the Complaint, and therefore denies the same.

405.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 405 of the Complaint, and therefore denies the same.

406.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 406 of the Complaint, and therefore denies the same.

407.    Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 407 of the Complaint, and therefore denies the same.

408.    Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 408 of the Complaint, and therefore denies the same.

409.    Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 409 of the Complaint, and therefore denies the same.

410.    Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 410 of the Complaint, and therefore denies the same.

411.    Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 411 of the Complaint, and therefore denies the same.

412.    Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 412 of the Complaint, and therefore denies the same.

413.    Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 413 of the Complaint, and therefore denies the same.

414.    Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 414 of the Complaint, and therefore denies the same.

415.    Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 415 of the Complaint, and therefore denies the same.

416.    Prosperity Bank admits paragraph 416 of the Complaint.

417.    Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 417 of the Complaint, and therefore denies the same.

418.    Prosperity Bank admits that James Goodman executed documents on behalf of Goodman Networks to pledge the 3992 Account as substitute collateral for the Genesis Loans. Prosperity Bank denies the remaining allegations in paragraph 418 of the Complaint.

419.    Prosperity Bank denies paragraph 419 of the Complaint.

420.    Prosperity Bank denies paragraph 420 of the Complaint.

421.    Prosperity Bank denies paragraph 421 of the Complaint.

422.    Prosperity Bank denies paragraph 422 of the Complaint.

423.    Prosperity Bank denies paragraph 423 of the Complaint.

424.    Prosperity Bank admits the first sentence of paragraph 424 of the Complaint. Prosperity Bank denies the second sentence of paragraph 424 of the Complaint.

425.    Prosperity Bank admits that on August 15, 2022, Bater Bates was concerned about Prosperity Bank's collateral position with respect to the Genesis Loans. Prosperity Bank admits that Bater Bates informed James Goodman that Prosperity Bank had deemed itself insecure and was going to foreclose its lien in the 3992 Account to pay off the Genesis Loans. Prosperity Bank denies the characterization and remaining allegations in paragraph 425 of the Complaint.

426.    Prosperity Bank admits that on August 15, 2022, $4,463,804.68 of funds in the 3992 Account were applied to pay off the Genesis Loans. Prosperity Bank denies the characterization and remaining allegations in paragraph 426 of the Complaint.

427.    Prosperity Bank denies the characterization of paragraph 427, and therefore denies the same.

428.    Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 428 of the Complaint, and therefore denies the same.

429.     Prosperity Bank denies the allegations in paragraph 429 of the Complaint to the extent that it pertains to Prosperity Bank. For the remaining allegations in paragraph 429 of the Complaint, Prosperity Bank lacks knowledge or information sufficient to form a belief about the allegations, and therefore denies the same.

430.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 430 of the Complaint, and therefore denies the same.

431.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 431 of the Complaint, and therefore denies the same.

432.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 432 of the Complaint, and therefore denies the same.

433.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 433 of the Complaint, and therefore denies the same.

434.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 434 of the Complaint, and therefore denies the same.

435.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 435 of the Complaint, and therefore denies the same.

436.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 436 of the Complaint, and therefore denies the same.

437.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 437 of the Complaint, and therefore denies the same.

438.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 438 of the Complaint, and therefore denies the same.

439.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 439 of the Complaint, and therefore denies the same.

440.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 440 of the Complaint, and therefore denies the same.

441.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 441 of the Complaint, and therefore denies the same.

442.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 442 of the Complaint, and therefore denies the same.

443.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 443 of the Complaint, and therefore denies the same.

444.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 444 of the Complaint, and therefore denies the same.

445.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 445 of the Complaint, and therefore denies the same.

446.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 446 of the Complaint, and therefore denies the same.

447.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 447 of the Complaint, and therefore denies the same.

448.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 448 of the Complaint, and therefore denies the same.

449.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 449 of the Complaint, and therefore denies the same.

450.    Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 450 of the Complaint, and therefore denies the same.

451.    Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 451 of the Complaint, and therefore denies the same.

452.    Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 452 of the Complaint, and therefore denies the same.

453.    Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 453 of the Complaint, and therefore denies the same.

454.    Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 454 of the Complaint, and therefore denies the same.

455.    Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 455 of the Complaint, and therefore denies the same.

456.    Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 456 of the Complaint, and therefore denies the same.

457.    Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 457 of the Complaint, and therefore denies the same.

458.    Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 458 of the Complaint, and therefore denies the same.

459.    Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 459 of the Complaint, and therefore denies the same.

460.    Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 460 of the Complaint, and therefore denies the same.

461.    Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 461 of the Complaint, and therefore denies the same.

462.    Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 462 of the Complaint, and therefore denies the same.

463.    Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 463 of the Complaint, and therefore denies the same.

464.    Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 464 of the Complaint, and therefore denies the same.

465.    Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 465 of the Complaint, and therefore denies the same.

466.    Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 466 of the Complaint, and therefore denies the same.

467.    Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 467 of the Complaint, and therefore denies the same.

468.    Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 468 of the Complaint, and therefore denies the same.

469.    Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 469 of the Complaint, and therefore denies the same.

470.    Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 470 of the Complaint, and therefore denies the same.

471.    Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 471 of the Complaint, and therefore denies the same.

472.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 472 of the Complaint, and therefore denies the same.

473.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 473 of the Complaint, and therefore denies the same.

474.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 474 of the Complaint, and therefore denies the same.

475.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 475 of the Complaint, and therefore denies the same.

476.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 476 of the Complaint, and therefore denies the same.

477.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 477 of the Complaint, and therefore denies the same.

478.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 478 of the Complaint, and therefore denies the same.

## CAUSES OF ACTION

### Cause No. 1 – Violation of Civil R.I.C.O. 18 U.S.C. § 1961 et seq.

479.     Prosperity Bank has moved to dismiss Cause No. 1 in its entirety for failure to state a claim upon which relief can be granted. *See* Prosperity Bank's Rule 12(b)(6) Motion for Partial Dismissal of Plaintiff's Third Amended Complaint. While that Motion is pending, Prosperity Bank denies all allegations contained in Paragraphs 479-650.

### Cause No. 2 – Theft (Embezzlement) Pursuant to Texas Theft Liability Act
### Tex. Civ. Prac. & Rem. Code § 134.003 - .005

651.    Prosperity Bank has moved to dismiss Cause No. 2 in its entirety for failure to state a claim upon which relief can be granted. *See* Prosperity Bank's Rule 12(b)(6) Motion for Partial Dismissal of Plaintiff's Third Amended Complaint. While that Motion is pending, Prosperity Bank denies all allegations contained in Paragraphs 651-670.

### Cause No. 3 – Common Law Theft/Embezzlement/Conversion

671.    Prosperity Bank has moved to dismiss Cause No. 3 in its entirety for failure to state a claim upon which relief can be granted. *See* Prosperity Bank's Rule 12(b)(6) Motion for Partial Dismissal of Plaintiff's Third Amended Complaint. While that Motion is pending, Prosperity Bank denies all allegations contained in Paragraphs 671-686.

### Cause No. 4 – Common Law Unjust Enrichment

687.    Prosperity Bank has moved to dismiss Cause No. 4 in its entirety for failure to state a claim upon which relief can be granted. *See* Prosperity Bank's Rule 12(b)(6) Motion for Partial Dismissal of Plaintiff's Third Amended Complaint. While that Motion is pending, Prosperity Bank denies all allegations contained in Paragraphs 687-700.

### Cause No. 5 – Common Law Fraud or Constructive Fraud

701.    Prosperity Bank has moved to dismiss Cause No. 5 in its entirety for failure to state a claim upon which relief can be granted. *See* Prosperity Bank's Rule 12(b)(6) Motion for Partial Dismissal of Plaintiff's Third Amended Complaint. While that Motion is pending, Prosperity Bank denies all allegations contained in Paragraphs 701-732.

### Cause No. 6 – Tortious Interference

733.    Prosperity Bank restates and incorporates by reference its responses to paragraphs 1 through 732 above.

734.    Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 734 of the Complaint, and therefore denies the same.

735.    Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 735 of the Complaint, and therefore denies the same.

736.    Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 736 of the Complaint, and therefore denies the same.

737.    Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 737 of the Complaint, and therefore denies the same.

738.    Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 738 of the Complaint, and therefore denies the same.

739.    Prosperity Bank denies paragraph 739 of the Complaint.

740.    Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 740 of the Complaint, and therefore denies the same.

741.    Prosperity Bank denies paragraph 741 of the Complaint.

742.    Prosperity Bank denies paragraph 742 of the Complaint.

743.    Prosperity Bank denies paragraph 743 of the Complaint.

744.    Prosperity Bank denies paragraph 744 of the Complaint.

745.    Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 745 of the Complaint, and therefore denies the same.

746.    Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 746 of the Complaint, and therefore denies the same.

747.    Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 747 of the Complaint, and therefore denies the same.

748.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 748 of the Complaint, and therefore denies the same.

749.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 749 of the Complaint, and therefore denies the same.

750.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 750 of the Complaint, and therefore denies the same.

751.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 751 of the Complaint, and therefore denies the same.

752.     Prosperity Bank lacks sufficient knowledge with which to admit or deny paragraph 752 of the Complaint, and therefore denies the same.

753.     Prosperity Bank denies paragraph 753 of the Complaint.

754.     Prosperity Bank denies paragraph 754 of the Complaint.

755.     Prosperity Bank admits that Bater Bates communicated with Jim Frinzi and James Goodman about Goodman Networks' request to transfer control over the 4352 Account to Jim Frinzi. Prosperity Bank denies the characterization and remaining allegations in paragraph 755 of the Complaint.

756.     Prosperity Bank admits that Ana McCollum was appropriately asking for valid signed corporate resolutions authorizing the transfer of the accounts. Prosperity Bank denies the characterization and remaining allegations of paragraph 756 of the Complaint.

757.     Prosperity Bank denies paragraph 757 of the Complaint.

758.     Prosperity Bank denies paragraph 758 of the Complaint.

759.     Prosperity Bank denies paragraph 759 of the Complaint.

760.     Prosperity Bank denies paragraph 760 of the Complaint.

761.    Prosperity Bank denies paragraph 761 of the Complaint.

### Cause No. 7 – Civil Conspiracy

762.    Prosperity Bank has moved to dismiss Cause No. 7 in its entirety for failure to state a claim upon which relief can be granted. *See* Prosperity Bank's Rule 12(b)(6) Motion for Partial Dismissal of Plaintiff's Third Amended Complaint. While that Motion is pending, Prosperity Bank denies all allegations contained in Paragraphs 762-769.

### Cause No. 8 – Breach of Contract

770.    Prosperity Bank restates and incorporates by reference its responses to paragraphs 1 through 769 above.

771.    Prosperity Bank admits paragraph 771 of the Complaint.

772.    Prosperity Bank denies paragraph 772 of the Complaint as the document speaks for itself.

773.    Prosperity Bank admits paragraph 773 of the Complaint.

774.    Prosperity Bank admits paragraph 774 of the Complaint.

775.    Prosperity Bank admits paragraph 775 of the Complaint.

776.    Prosperity Bank admits paragraph 776 of the Complaint.

777.    Prosperity Bank denies paragraph 777 of the Complaint.

778.    Prosperity Bank admits that it received the Fourth Amended Bylaws. Prosperity Bank denies the characterization and remaining allegations in paragraph 778 of the Complaint.

779.    Prosperity Bank denies paragraph 779 of the Complaint.

780.    Prosperity Bank denies paragraph 780 of the Complaint.

781.    Prosperity Bank denies paragraph 781 of the Complaint.

782.    Prosperity Bank denies paragraph 782 of the Complaint.

783.    Prosperity Bank denies paragraph 783 of the Complaint.

784.    Prosperity Bank denies paragraph 784 of the Complaint.

785.    Prosperity Bank denies paragraph 785 of the Complaint.

786.    Prosperity Bank denies paragraph 786 of the Complaint.

787.    Prosperity Bank denies paragraph 787 of the Complaint.

788.    Prosperity Bank denies paragraph 788 of the Complaint.

789.    Prosperity Bank denies paragraph 789 of the Complaint.

**Cause No. 9 – Negligence/Gross Negligence**

790.    Prosperity Bank restates and incorporates by reference its responses to paragraphs 1 through 789 above.

791.    Prosperity Bank denies paragraph 791 of the Complaint as the document speaks for itself.

792.    Prosperity Bank denies paragraph 792 of the Complaint.

793.    Prosperity Bank denies paragraph 793 of the Complaint.

794.    Prosperity Bank denies paragraph 794 of the Complaint.

795.    Prosperity Bank denies paragraph 795 of the Complaint.

796.    Prosperity Bank denies paragraph 796 of the Complaint.

797.    Prosperity Bank denies paragraph 797 of the Complaint.

798.    Prosperity Bank denies paragraph 798 of the Complaint.

799.    Prosperity Bank denies paragraph 799 of the Complaint.

800.    Prosperity Bank denies paragraph 800 of the Complaint.

801.    Prosperity Bank denies paragraph 801 of the Complaint.

802.    Prosperity Bank denies paragraph 802 of the Complaint.

803.    Prosperity Bank denies paragraph 803 of the Complaint.

804.    Prosperity Bank denies paragraph 804 of the Complaint.

805.    Prosperity Bank denies paragraph 805 of the Complaint.

806.    Prosperity Bank denies paragraph 806 of the Complaint.

807.    Prosperity Bank denies paragraph 807 of the Complaint.

808.    Prosperity Bank denies paragraph 808 of the Complaint.

809.    Prosperity Bank denies paragraph 809 of the Complaint.

810.    Prosperity Bank denies paragraph 810 of the Complaint.

811.    Prosperity Bank denies paragraph 811 of the Complaint.

812.    Prosperity Bank denies paragraph 812 of the Complaint.

813.    Prosperity Bank denies paragraph 813 of the Complaint.

814.    Prosperity Bank denies paragraph 814 of the Complaint.

**Cause No. 10 – Violation of UCC Article 4A**

**Tex. Bus. & Com. Code § 4A.202**

815.    Prosperity Bank has moved to dismiss Cause No. 10 in its entirety for failure to state a claim upon which relief can be granted. *See* Prosperity Bank's Rule 12(b)(6) Motion for Partial Dismissal of Plaintiff's Third Amended Complaint. While that Motion is pending, Prosperity Bank denies all allegations contained in Paragraphs 815-847.

**PRAYER FOR RELIEF**

848.    Prosperity Bank denies all allegations and sought relief in the Prayer for Relief.

**AFFIRMATIVE DEFENSES**

1.    Plaintiff's damages, if any, were caused by its own comparative fault and negligence.

2.      Plaintiff's claims are barred, in whole or in part, by Plaintiff's failure to mitigate damages.

3.      Plaintiff's claims are barred by the statute of limitations.

4.      Plaintiff's claims are barred by laches, unreasonable, and prejudicial delay due to Plaintiff's unreasonable delay in asserting its claims.

5.      The relief requested in the Complaint should be denied because the alleged damages, if any, were caused by the acts and omissions of one or more third persons or parties over whom Prosperity Bank had no control.

6.      Plaintiff's claims are barred by the doctrine *in pari delicto*.

7.      Plaintiff's claims are barred by waiver or estoppel.

8.      Plaintiff's claims are barred, in whole or in part, by ratification.

9.      Plaintiff's claims are barred by the limitation of liability provision in Section E of the Master Agreement for Online Business Banking and Treasury Management Services.

10.      Plaintiff's claims are barred by the assignment provision in Section W of the Master Agreement for Online Business Banking and Treasury Management Services.

11.      The claims and relief requested in Plaintiff's Complaint are barred because at all times, and in all transactions, Plaintiff acted in good faith.

12.      Prosperity Bank is entitled to offset for certain of Plaintiff's claims.

13.      Prosperity Bank reserves its rights, including but not limited to, upon completion of investigation an discovery, supplement or amend its responses or defenses as may be appropriate and to raise any further defenses.

WHEREFORE, Defendant Prosperity Bank prays that Plaintiff take nothing and that the Court grant Prosperity Bank such other and further relief to which it is justly entitled.

Date:  September 13, 2024

**JACKSON WALKER LLP**

By: */s/ Meredith S. Tavallaee*
    Christopher R. Bankler
    Texas Bar No. 24066754
    cbankler@jw.com
    Meredith S. Tavallaee
    Texas Bar No. 24113504
    mtavallaee@jw.com
    Hailey T. Oestreich
    Texas Bar No. 24116627
    hoestreich@jw.com
    2323 Ross Ave, Suite 600
    Dallas, Texas 75201
    Telephone: (214) 953-6000
    Facsimile: (214) 953-5822

**Counsel for Prosperity Bank**

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of September, 2024, a true and correct copy of the foregoing was served electronically via the Court's CM/ECF electronic notification system.

*/s/ Meredith S. Tavallaee*
Meredith S. Tavallaee