# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

FedEx Supply Chain Logistics & Electronics
Plaintiff

v.

3:23-cv-02397-S
Civil Action No.

James E. Goodman, Jr., et al.
Defendant

## CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT

(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

Auerbach Partners LP

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*Please separate names with a comma. Only text visible within box will print.*

Auerbach Partners is owned 100% by The Auerbach Children's Dynasty Trust

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*Please separate names with a comma. Only text visible within box will print.*

Shalom Auerbach, David Auerbach, Sara Weisz (formerly Auerbach), Samuel Auerbach, Judith Auerbach, Neil Auerbach

| | |
|---|---|
| Date: | 10/16/2024 |
| Signature: | /s/ Michael Cancienne |
| Print Name: | Michael Cancienne |
| Bar Number: | 24055256 |
| Address: | 1980 Post Oak Blvd, Suite 2300 |
| City, State, Zip: | Houston, TX 77056 |
| Telephone: | 713.955.4025 |
| Fax: | 713.955.9644 |
| E-Mail: | mcancienne@jlcfirm.com |

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil => Other Documents => Certificate of Interested Persons/Disclosure Statement.