**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| FEDEX SUPPLY CHAIN LOGISTICS & ELECTRONICS, INC., | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 3:23-cv-02397 |
| v. | ) | |
| JAMES E. GOODMAN, JR., *et al.*, | ) | |
| Defendants. | ) | |

**NOTICE TO TAKE THE DEPOSITION OF JAMES FRINZI**

**TO: James Frinzi c/o Counsel**

Pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, Plaintiff FedEx Supply Chain Logistics & Electronics, Inc. ("Plaintiff" or "FSCLE") hereby provides notice to Mr. James Frinzi and to all counsel that FSCLE will take the deposition of James Frinzi on Wednesday, May 6, 2026 beginning at 9:30 a.m. Central. The deposition will be conducted via Zoom. A link will be circulated to Mr. Frinzi and all counsel of record. The deposition will be recorded by stenographic means, audio, video and/or real-time computer means by a certified court reporter and videographer authorized to administer oaths. The deposition will continue from day to day until completed. All parties are invited to participate.

A zoom link to allow counsel and parties who do not wish to participate in the deposition in person will be separately distributed by email to all parties of record.

Dated: April 16, 2026

Attorneys for Plaintiff FedEx Supply Chain Logistics & Electronics, Inc.

**BUTLER SNOW LLP**

By: */s/ Daniel W. Van Horn*
DANIEL W. VAN HORN (Pro Hac Admitted)
S. KEENAN CARTER (TX Bar No. 24006966)
R. CAMPBELL HILLYER (Pro Hac Admitted)
ADAM M. LANGLEY (Pro Hac Admitted)
KATHERINE KUCHENBECKER (Pro Hac Admitted)
6075 Poplar Ave., Ste. 500
Memphis, TN 38119
(901) 680-7200
(901) 680-7201 (fax)
Danny.VanHorn@butlersnow.com
Keenan.Carter@ButlerSnow.com
Cam.Hillyer@butlersnow.com
Adam.Langley@butlersnow.com
Katherine.Kuchenbecker@butlersnow.com

**SAYLES LAW FIRM**
RICHARD A. SAYLES
Texas Bar No. 17697500
dsayles@sayleslawfirm.com
5600 W. Lovers Lane, Suite 116-363
Dallas, Texas 75209
(214) 643-8030 (Telephone)

**FEDERAL EXPRESS CORPORATION**
JASON R. BERNHARDT
Texas Bar No. 24045488
jasonbernhardt@fedex.com
3620 Hacks Cross Road, Building B
Memphis, Tennessee 38125
(901) 434-3213 (Telephone)
(901) 434-9279 (Fax)

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing pleading has been served via the Court's cm/ecf system this the 16th day of April 2026 upon:

*Counsel for 18920 NW 11th LLC, Alliance Texas Holdings, LLC, Evalina Pinkhasova, Neil Auerbach, Shalom Auerbach, Auerbach Partners, LP , Steven Zakharyayev, Hudson Clean Energy, Judith Auerbach, the Auerbach Family Trust and the Auerbach Children's Trust*
Michael Cancienne, Esq.
Joseph Golinkin, Esq.
Jordan, Lynch & Cancienne PLLC
1980 Post Oak Blvd., Ste. 2300
Houston, TX 77056
mcancienne@jlcfirm.com
jgolinkin@jlcfirm.com

*Counsel for James Frinzi, The Frinzi Family Trust, and HSB Holdings LLC*
Paul Elkins, Esq.
Wick Phillips Gould & Martin LLP
100 Throckmorton St., Ste. 1500
Fort Worth, TX 76101
paul.elkins@wickphillips.com

*Counsel for James Goodman, Goodman Investment Holdings LLC and Unified Field Services, Inc.*
Randy Pulman, Esq.
Pulman Cappuccio & Pullen LLP
2161 NW Military Hwy, Ste. 400
San Antonio, TX 78213
rpulman@pullmanlaw.com

*Counsel for Prosperity Bank*
Meredith Tavallaee, Esq.
Chris Bankler, Esq.
Jackson Walker LLP
2323 Ross Ave., Ste. 600
Dallas, TX 75201
mtavallaee@jw.com
cbankler@jw.com

By: */s/ Daniel W. Van Horn*

100436430.v1