# United States District Court
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| FEDEX SUPPLY CHAIN LOGISTICS & ELECTRONICS, INC. | § § § | |
| v. | § | CIVIL ACTION NO. 3:23-CV-2397-S |
| JAMES E. GOODMAN, JR., et al. | § § | |

## MEDIATION ORDER

The Court hereby **ORDERS** this case to mediation before:

Randy Mathis
Gilbert Mediation Group
12801 N. Central Expressway
Suite 1400
Dallas, Texas 75243
(214) 303-4520
raeshaan@gmgtexas.com

It is **ORDERED** that Plaintiff FedEx Supply Chain Logistics & Electronics, Inc., and Defendants Shalom Auerbach, Neil Auerbach, Auerbach Partners, L.P., Judith Auerbach, Auerbach Family Dynasty Trust, and The Auerbach Children's Dynasty Trust shall mediate on **October 13, 2026**, at **9:00 a.m.**

The mediation shall be conducted in person in Dallas, Texas. The Mediator may alter the time, place, or manner of the meeting without leave of court. Upon completion of the mediation, the Mediator shall submit a report to the Court within five days.

**SO ORDERED.**

SIGNED August 28, 2026.

**KAREN GREN SCHOLER**
**UNITED STATES DISTRICT JUDGE**