**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| FEDEX SUPPLY CHAIN LOGISTICS & ELECTRONICS, INC., | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 3:23-cv-02397-S |
| v. | ) |
| JAMES E. GOODMAN, JR., *et al*., | ) |
| Defendants. | ) |

**JOINT STIPULATION OF PARTIAL DISMISSAL**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff FedEx Supply Chain Logistics & Electronics, Inc. and Defendant Prosperity Bank file this joint stipulation to the voluntary dismissal of all claims and causes of action, including counterclaims, asserted between them in this action, with prejudice, and with each party to bear its own attorneys' fees and costs.

This Stipulation shall have no effect on any of Plaintiff's claims and causes of action asserted against any of the other remaining Defendants in this matter.

**BUTLER SNOW LLP**

By: /s/ *Daniel W. Van Horn*

DANIEL W. VAN HORN (Pro Hac Admitted)
6075 Poplar Ave., Ste. 500
Memphis, TN 38119
(901) 680-7200
(901) 680-7201 (fax)
Danny.VanHorn@butlersnow.com

**SAYLES LAW FIRM**
RICHARD A. SAYLES
Texas Bar No. 17697500
dsayles@sayleslawfirm.com
5600 W. Lovers Lane, Suite 116-363
Dallas, Texas 75209
(214) 643-8030 (Telephone)

**ATTORNEYS FOR PLAINTIFF FEDEX SUPPLY CHAIN LOGISTICS & ELECTRONICS, INC.**

**JACKSON WALKER LLP**

By: /s/ *Christopher R. Bankler*
Christopher R. Bankler
Texas State Bar No. 24066754
cbankler@jw.com
Meredith Tavallaee
Texas State Bar No. 24113504
mtavallaee@jw.com
2323 Ross Ave, Suite 600
Dallas, Texas 75201
(214) 953-6000 Telephone
(214) 953-5822 Facsimile
**ATTORNEYS FOR DEFENDANT PROSPERITY BANK**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing Stipulation has been served on all parties and counsel of record through the Court's CM/ECF filing system this 7th day of October, 2026.

By: /s/ *Daniel W. Van Horn*